ALAN J. LAZARUS (SBN #129767)
alan.lazarus@dbr.com
WILLIAM A. HANSSEN (SBN #110613)
william.hanssen@dbr.com
SALLY F. WHITE (SBN #273765)
sally.white@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105-2235
Telephone:    (415) 591-7500
Facsimile:     (415) 591-7510

Attorneys for Defendants
ZICAM LLC and MATRIXX
INITIATIVES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESENIA MELGAR, on Behalf of Herself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZICAM LLC and MATRIXX INITIATIVES, INC.,<br><br>Defendants. | Case No. 2:14-cv-00160-MCE-AC<br><br>**INITIAL STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO CLASS ACTION COMPLAINT** |

Plaintiff Yesenia Melgar, on behalf of herself and all others similarly situated ("Plaintiff"), and Defendants Zicam LLC and Matrixx Initiatives, Inc. (collectively "Defendants"), by and through their respective attorneys, hereby stipulate as follows:

WHEREAS, Plaintiff filed a Class Action Complaint in the Eastern District of California on January 21, 2014 under Case No. 2:14-cv-00160-MCE-AC;

WHEREAS, Defendants were served with the Complaint on January 27, 2014;

WHEREAS, Defendants' response to the Complaint is currently due on February 18, 2014;

1  WHEREAS, no other extensions of time have been requested or obtained by the parties
2  related to the particular matters for which an extension now sought;
3  WHEREAS, Plaintiff intends to file an amended complaint prior to February 21, 2014 as
4  agreed by the parties to avoid motion practice;
5  WHEREAS, pursuant to Local Rule 144, the parties now stipulate and agree to the entry
6  of an Order extending the date of Defendants' response to the Complaint 28 days, to
7  March 18, 2014;
8  THEREFORE, it is hereby stipulated by and between the parties and their counsel that,
9  upon the Court's grant of the proposed order submitted herewith, the deadline for Defendants'
10  response to the Complaint is extended to March 18, 2014.
11  IT IS SO STIPULATED.

Dated: February 14, 2014                DRINKER BIDDLE & REATH LLP


By:/s/ *William A. Hanssen*
   Alan J. Lazarus
   William A. Hanssen
   Sally F. White

Attorneys for Defendants
ZICAM LLC and MATRIXX INITIATIVES, INC.

Dated: February 14, 2014                BURSOR & FISHER, P.A.


By:/s/ *L. Timothy Fisher [With Permission]*
   L. Timothy Fisher
   Sarah N. Westcot
   Annick M. Persinger
   Julie A. Luster

Attorneys for Plaintiff
YESENIA MELGAR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Pursuant to the parties' stipulation, the deadline for Defendants' response to the Complaint is extended to March 18, 2014

IT IS SO ORDERED.

Dated:  February 18, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT