**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Julia A. Luster (State Bar No. 295031)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:   ltfisher@bursor.com
          apersinger@bursor.com
          jluster@bursor.com

*Counsel for Plaintiff*

**DRINKER BIDDLE & REATH LLP**
Alan J. Lazarus (State Bar No. 129767)
William A. Hanssen (State Bar No. 110613)
Sally F. White (State Bar No. 273765)
50 Fremont Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
E-Mail:   alan.lazarus@dbr.com
          william.hanssen@dbr.com
          sally.white@dbr.com

*Counsel for Defendants*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESENIA MELGAR, on Behalf of Herself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZICAM LLC and MATRIXX INITIATIVES, INC.<br><br>Defendants. | Case No.  2:14-cv-00160-MCE-AC<br><br>**STIPULATED AND ORDER SETTING THE TIME FOR PLAINTIFF TO FILE MOTION FOR CLASS CERTIFICATION**<br><br>Hon. Morrison C. England Jr. |

STIPULATION AND ORDER SETTING THE TIME FOR
PLAINTIFF TO FILE MOTION FOR CLASS CERTIFICATION
CASE NO.  2:14-CV-00160-MCE-AC

1  WHEREAS, the Parties have conferred and agreed to set a briefing schedule for Plaintiff's
2  motion for class certification;
3  WHEREAS, there is currently no briefing schedule in place for the motion for class
4  certification;
5  NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties through
6  their respective attorneys of record that:
7  1. Plaintiff will file her motion for class certification on or before April 3, 2015;
8  2. Defendants will file their opposition to class certification on or before May 12, 2015;
9  3. Plaintiff will file her reply in support of her motion for class certification on or before
10     June 10, 2015;
11 4. The hearing on the motion for class certification shall be on June 25, 2015 at 2:00 p.m.,
12     or on such other date that is convenient for the Court.
13 IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

15 Dated:  February 27, 2015                    Respectfully submitted,

16                                              **BURSOR & FISHER, P.A.**

18                                              By:    /s/L. Timothy Fisher
                                                       L. Timothy Fisher

                                                L. Timothy Fisher (State Bar No. 191626)
                                                Annick M. Persinger (State Bar No. 272996)
                                                Julia A. Luster (State Bar No. 295031)
                                                1990 North California Blvd., Suite 940
                                                Walnut Creek, CA  94596
                                                Telephone: (925) 300-4455
                                                Facsimile: (925) 407-2700
                                                Email:  ltfisher@bursor.com
                                                        apersinger@bursor.com
                                                        jluster@bursor.com

                                                *Counsel for Plaintiff*

28 STIPULATION AND ORDER SETTING THE TIME FOR                                    2
   PLAINTIFF TO FILE MOTION FOR CLASS CERTIFICATION
   CASE NO.  2:14-CV-00160-MCE-AC

1 | Dated: February 27, 2015            **DRINKER BIDDLE & REATH LLP**

2                                                            By:    */s/ William A. Hanssen*
3                                                                        William A. Hanssen

4   Alan J. Lazarus (State Bar No. 129767)
    William A. Hanssen (State Bar No. 110613)
5   Sally F. White (State Bar No. 273765)
    50 Fremont Street, 20th Floor
6   San Francisco, CA 94105
    Telephone: (415) 591-7500
7   Facsimile: (415) 591-7510
    E-Mail:  alan.lazarus@dbr.com
8                    william.hanssen@dbr.com
                     sally.white@dbr.com
9
    *Counsel for Defendants*

STIPULATION AND ORDER SETTING THE TIME FOR
PLAINTIFF TO FILE MOTION FOR CLASS CERTIFICATION
CASE NO. 2:14-CV-00160-MCE-AC

3

**ORDER**

Pursuant to the Parties' stipulation, the Court hereby orders:

1. Plaintiff will file her motion for class certification on or before April 3, 2015;
2. Defendants will file their opposition to class certification on or before May 12, 2015;
3. Plaintiff will file her reply in support of her motion for class certification on or before June 10, 2015;
4. The hearing on the motion for class certification shall be on June 25, 2015 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated:  March 10, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND ORDER SETTING THE TIME FOR
PLAINTIFF TO FILE MOTION FOR CLASS CERTIFICATION
CASE NO.  2:14-CV-00160-MCE-AC

4