ALAN J. LAZARUS (SBN #129767)
alan.lazarus@dbr.com
WILLIAM A. HANSSEN (SBN #110613)
william.hanssen@dbr.com
SALLY F. WHITE (SBN #273765)
sally.white@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105-2235
Telephone:    (415) 591-7500
Facsimile:    (415) 591-7510

Attorneys for Defendants
ZICAM LLC and MATRIXX
INITIATIVES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESENIA MELGAR, on Behalf of Herself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZICAM LLC and MATRIXX INITIATIVES, INC.,<br><br>Defendants. | Case No. 2:14-cv-00160-MCE-AC<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO SEAL DOCUMENTS FILED IN OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Date:         June 25, 2015<br>Time:        2:00 p.m.<br>Courtroom: 7 |

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ORDER GRANTING DEFENDANTS' REQUEST
TO SEAL DOCUMENTS
80935447.1

CASE NO. 2:14-CV-00160-MCE-AC

1    Having considered Defendants' Notice of Request, Request to Seal Documents in
2 Opposition to Plaintiff's Motion for Class Certification, and the Parties' Stipulated Protective
3 Order (dkt. 17), this Court hereby **GRANTS** Defendants' Request to Seal Documents.
4    This Court finds and orders the following documents be filed under seal:

5    1.   Expert Report of Harri Hemilä, M.D., Ph.D., at 8:9-11; 8:17; 9:1-4; 9:6-13; 10:26-
6         27; 11:1-2; 11:4-8; 15:19-27; 16:1-5; 26:4-5; 26:17-19; 26:22-26; 27:1-2; 28:3-5;
7         30:18; 30:20-33:27; 34:1-27; 35:1-19; 36:1-26; 37:1-39:-14; 45:13-17; 45:25-46:4;
8         48:26-49:4; 49:13; 49:21; 49:23-24; 51:7; 51:12-13; 51:15-16; 51:18-22; 51:25-28;
9         52:6-8; 53:14-15; 53:17-18; 54:12-14; 61:18-19; 61:21-26; 62:1-3; 62:5-6; 62:8-9;
10        62:11-22; 62:24-26; 62:28-63:1; 63:5; 63:7-10; 63:18; 66:19-20; 66:26-27; 68:5-6;
11        68:13-18; 68:27-69:1; 69:3-27; 70:1-71:4; 71:6-7; 71:13; 71:16-73:28; 74:1-27;
12        75:1-6; 75:20-21; 75:27; 76:1-2; 76:4-5; 76:13.

13   2.   Declaration of Ronald Eccles, B.Sc., Ph.D., D.Sc., at 3:1-2; 3:4-20; 4:6-5:13; 5:26-
14        28.

15   3.   Declaration of David Stewart, Ph.D., at 4:3-20; 7:27-28; 5:19-21; 5:28; 6:21; 7:6-
16        12; 7:17-19; 7:26-8:3; 8:12-15; 8:17-20; 8:23; 8:27-9:2; 9:5; 8:7-17; 9:20-23; 9:25-
17        10:1; 10:6-11; 10:13-15; 10:26-28.

18   4.   Declaration of William A. Hanssen, at 2:22; 2:24; 2:26-3:2; 3:4-5.

19   5.   Exhibit B to the Declaration of William A. Hanssen, pertinent portions of the
20        deposition of R. Barker Bausell, Ph.D. taken April 17, 2015, at 65:16-18; 65:22-
21        23; 73:5-9; 73:11-13; 75:11-13; 75:15; 75:17-20; 75:22-23; 79:15-18; 79:25; 85:7-
22        9; 85:11-12; 85:14-17; 85:25-86:4; 86:10-11; 86:13-17; 86:5-9; 86:12; 99:2-3;
23        99:6-7; 99:11-14; 99:22-23; 103:12-15; 103:17-21; 130:8-11; 130:13-15; 130:17-
24        19; 130:24-131:2; 131:18-24; 132:5; 132:14-15; 133:7-11; 134:7-10; 134:19-25;
25        150:1-4; 150:9-19; 150:21-24; 159:13-14; 165:1; 165:5; 169:4; 169:7; 169:20;
26        169:24; 170:5; 170:21; 170:23; 171:2; 180:4; 180:13; 180:17; 180:23; 181:11;
27        181:19-20; 182:1; 182:10; 187:6-7; 193:2-3; 193:14-15; 193:17; 197:25.

28

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ORDER GRANTING DEFENDANTS' REQUEST
TO SEAL DOCUMENTS
80935447.1

- 2 -

CASE NO. 2:14-CV-00160-MCE-AC

6. Exhibit C to the Declaration of William A. Hanssen, pertinent portions of the deposition of Tim. L. Clarot taken February 18, 2015, at 64:10; 72:6-7; 72:9; 72:12; 72:15-16; 72:18; 72:21-23; 73:5-6; 73:13-14; 73:19-21; 146:1; 146:14-15; 146:20-21; 147:2-4; 147:8-9; 147:11-12.

7. Exhibit D to the Declaration of William A. Hanssen, pertinent portions of the deposition of Robert Barry Miller taken April 7, 2015, at 6:6; 6:8.

8. Exhibit G to the Declaration of William A. Hanssen, pertinent portions of the deposition of Steven Lewis taken March 20, 2015, at 7:2; 38:23-39:1; 39:14-17.

9. Exhibit H to the Declaration of William A. Hanssen, pertinent portions of the deposition of Carol J. Arola taken March 30, 2015, at 6:3; 6:5.

10. Exhibit I to the Declaration of William A. Hanssen, pertinent portions of the deposition of Verna Hillstrom, MD taken March 31, 2015, at 6:11; 6:13-14; 37:3-4; 37:10-12.

11. Exhibit J to the Declaration of William A. Hanssen, pertinent portions of the deposition of MaryLou Arnett taken March 16, 2015, at 140:1; 140:14-17; 140:21-24; 141:3-17; 141:20-25; 142:1; 142:5-6; 142:8-143:14; 143:19-144:3; 144:13-14.

12. Exhibits K, L, M N, O, P and Q to the Declaration of William A. Hanssen.

13. Defendants' Opposition to Plaintiff's Motion for Class Certification, at 2:6-7; 2:10-24; 2:27-3:2; 4:12-14; 8:4; 8:7; 8:12; 8:27-28; 20:24-27.

**IT IS SO ORDERED.**

**Dated: May 19, 2015**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ORDER GRANTING DEFENDANTS' REQUEST TO SEAL DOCUMENTS
80935447.1

- 3 -

CASE NO. 2:14-CV-00160-MCE-AC