ALAN J. LAZARUS (SBN #129767)
alan.lazarus@dbr.com
WILLIAM A. HANSSEN (SBN #110613)
william.hanssen@dbr.com
SALLY F. WHITE (SBN #273765)
sally.white@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105-2235
Telephone:    (415) 591-7500
Facsimile:     (415) 591-7510

Attorneys for Defendants
ZICAM LLC and MATRIXX
INITIATIVES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESENIA MELGAR, on Behalf of Herself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZICAM LLC and MATRIXX INITIATIVES, INC.,<br><br>Defendants. | Case No. 2:14-cv-00160-MCE-AC<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO SEAL EXPERT REPORTS** |

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ORDER GRANTING DEFENDANTS' REQUEST TO SEAL EXPERT REPORTS
81113826.1

CASE NO. 2:14-CV-00160-MCE-AC

  Having considered Defendants' Notice of Request, Request to Seal Expert Reports, and the Parties' Stipulated Protective Order (dkt. 17), this Court hereby **GRANTS** Defendants' Request to Seal Expert Reports.

  This Court finds and orders the following documents be filed under seal:

1. Expert Report of Harri Hemilä, M.D., Ph.D., at 8:9-11; 8:17; 9:1-4; 9:6-13; 10:26-27; 11:1-2; 11:4-8; 15:19-27; 16:1-5; 26:4-5; 26:17-19; 26:22-26; 27:1-2; 28:3-5; 30:18; 30:20-33:27; 34:1-27; 35:1-19; 36:1-26; 37:1-39:14; 45:13-17; 45:25-46:4; 48:26-49:4; 49:13; 49:21; 49:23-24; 51:7; 51:12-13; 51:15-16; 51:18-22; 51:25-28; 52:6-8; 53:14-15; 53:17-18; 54:12-14; 61:18-19; 61:21-26; 62:1-3; 62:5-6; 62:8-9; 62:11-22; 62:24-26; 62:28-63:1; 63:5; 63:7-10; 63:18; 66:19-20; 66:26-27; 68:5-6; 68:13-18; 68:27-69:1; 69:3-27; 70:1-71:4; 71:6-7; 71:13; 71:16-73:28; 74:1-27; 75:1-6; 75:20-21; 75:27; 76:1-2; 76:4-5; 76:13; Exhibit B at pp. 98-103.

2. Declaration of Ronald Eccles, B.Sc., Ph.D., D.Sc., at 3:20-21; 3:23-4:11; 4:23-6:6; 6:19-21; 6:23-26; 7:5-11; 7:13-16; 8:14-18.

3. Declaration of David Stewart, Ph.D., at 4:13-5:6; 5:23-24; 6:8-10; 6:25-26; 7:13-20; 7:26-28; 8:1-7; 8:13-15; 8:20-24; 8:26-27; 9:8-10; 9:12-17; 9:20-21; 9:26-28; 10:1-9; 10:12-18; 10:24-27; 11:1-5; 11:7-9; 11:24-25.

**IT IS SO ORDERED.**

**Dated:  June 10, 2015**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ORDER GRANTING DEFENDANTS' REQUEST TO SEAL EXPERT REPORTS
81113826.1

- 2 -

CASE NO. 2:14-CV-00160-MCE-AC