ALAN J. LAZARUS (SBN #129767)
alan.lazarus@dbr.com
WILLIAM A. HANSSEN (SBN #110613)
william.hanssen@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105-2235
Telephone:	(415) 591-7500
Facsimile:	(415) 591-7510

Attorneys for Defendants
ZICAM LLC and MATRIXX
INITIATIVES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESENIA MELGAR, on Behalf of Herself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZICAM LLC and MATRIXX INITIATIVES, INC.,<br><br>Defendants. | Case No. 2:14-cv-00160-MCE-AC<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO SEAL RESPONSE TO PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** |

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ORDER GRANTING DEFENDANTS' REQUEST
TO SEAL RESPONSE TO PLAINTIFF'S REPLY IN SUPPORT OF
MOTION FOR CLASS CERTIFICATION

CASE NO. 2:14-CV-00160-MCE-AC

Having considered Defendants' Notice of Request, Request to Seal Motion, and the Parties' Stipulated Protective Order (dkt. 17), this Court hereby **GRANTS** Defendants' Request to Seal Defendants' Response to Plaintiff's Reply in Support of Motion for Class Certification.

The Court finds and orders the following references be filed under seal:

- Defendants' Response to Plaintiff's Reply in Support of Motion for Class Certification at 2:5, 2:19-20, 5:16, 7:19-22, 8:7.

- The deposition of Noel R. Rose, M.D., Ph.D., taken on April 24, 2015 and May 12, 2015, at 135:16-19, 171:23-25, 185:4-10, 185:18-25, 186:2-3, 186:8-10, 186:13-17, 186:19-20, 186:24-25, 187:6-10, 187:13-19, 188:3-11, 188:17-25, 189:1-4, 189:7-13, 189:16-23, 190:3-10, 190:12, 190:14-19, 190:21-24, 209:4-7, 209:11-17, 209:19-25, 213:21-25, 222:18-20, 222:22-223:5, 223:20-224:11, 224:17-23, 228:6-229:3, 229:10-24, 230:2-7, 230:11-13, 230:15-17, 230:20-21, 231:8-16, 231:22-25, 235:1-2, 235:6-15, 235:17-19, 235:21-236:1, 236:12-15, 236:20-242:21, 246:5-19, 246:22-247:6, 247:10-21.

- The deposition of R. Barker Bausell, Ph.D., taken on April 17, 2015, at 65:16-18, 65:22-23, 73:4-9, 73:11-13, 73:20-22, 74:12-75:25, 87:1-92:20, 93:8-12, 93:24-95:13, 96:1-25, 101:1-103:25, 130:7-12, 134:6-12, 134:14-136:25, 149:1-150:25, 159:13-14, 159:17-18, 187:21-25, 188:19.

**IT IS SO ORDERED.**

Dated:  August 10, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Drinker Biddle & Reath LLP
Attorneys At Law
San Francisco

Order Granting Defendants' Request to Seal Response to Plaintiff's Reply in Support of Motion for Class Certification

- 2 -

Case No. 2:14-cv-00160-MCE-AC