1  ALAN J. LAZARUS (SBN #129767)
   alan.lazarus@dbr.com
2  WILLIAM A. HANSSEN (SBN #110613)
   william.hanssen@dbr.com
3  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
4  San Francisco, CA  94105-2235
   Telephone:    (415) 591-7500
5  Facsimile:    (415) 591-7510

6  Attorneys for Defendants
   ZICAM LLC and MATRIXX
7  INITIATIVES, INC.

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 YESENIA MELGAR, on Behalf of Herself      Case No. 2:14-cv-00160-MCE-AC
   and all Others Similarly Situated,
12                                           **ORDER GRANTING DEFENDANTS'**
                    Plaintiff,               **REQUEST TO FILE UNDER SEAL**
13                                           **CERTAIN DOCUMENTS IN SUPPORT OF**
   v.                                        **DEFENDANTS' MOTION FOR**
14                                           **SUMMARY JUDGMENT AND MOTIONS**
   ZICAM LLC and MATRIXX                     **TO EXCLUDE PLAINTIFF'S EXPERT**
15 INITIATIVES, INC.,                        **TESTIMONY**

16                  Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST
TO SEAL DEFENDANTS' DOCUMENTS IN SUPPORT OF MOTION FOR          CASE NO. 2:14-CV-00160-MCE-AC
SUMMARY JUDGMENT AND MOTION TO EXCLUDE

Having considered Defendants' Notice of Request, Request to Seal Motion, and the Parties' Stipulated Protective Order (ECF No. 17), this Court hereby **GRANTS** Defendants' Request to Seal documents (ECF No. 68) filed in support of Defendants' motion for summary judgment and motions to exclude Plaintiff's expert testimony.

The Court finds and orders the following references be filed under seal:

- Defendants' Declaration of William A. Hanssen in Support of Index of Evidence at 3:28-4:1; 4:3; 4:21; 4:23; 4:25-4:26; 4:28-5:1.

- Defendants' Index of Evidence in Support of Motion for Summary Judgment and Motions to Exclude Plaintiff's Expert Testimony at 2:17-19; 2:27-3:4.

- Exhibit A to the Declaration of William A. Hanssen, Expert Report of R. Barker Bausell, Ph.D. filed by Plaintiff on April 3, 2015 (dkt. 24-4) and on June 8, 2015 (dkt. 38) at 2:25; 3:20-4:8; 5:22-6:12; 6:18-26; 7:1-27; 8:4-9; 8:12-9:2; 9:4-11:21; 11:24-12:8; 13:4-5; 13:9-10.

- Exhibit B to the Declaration of William A. Hanssen, Expert Report of Noel R. Rose, M.D., Ph.D., filed by Plaintiff on April 3, 2015 (dkt. 24-3) and on June 8, 2015 (dkt. 38) at 4:26; 5:3; 10:22-11:26; 12:1-2.

- Exhibit C to the Declaration of William A. Hanssen, Expert Report of Harri Hemilä, M.D., Ph.D., filed by Defendants on June 8, 2015 (dkt. 36-1) at 8:9-11; 8:17; 9:1-4; 9:6-13; 10:26-27; 11:1-2; 11:4-8; 15:19-27; 16:1-5; 26:4-5; 26:17-19; 26:22-26; 27:1-2; 28:3-5; 30:18; 30:20-33:27; 34:1-27; 35:1-19; 36:1-26; 37:1-39:14; 45:13-17; 45:25-46:4; 48:26-49:4; 49:13; 49:21; 49:23-24; 51:7; 51:12-13; 51:15-16; 51:18-22; 51:25-28; 52:6-8; 53:14-15; 53:17-18; 54:12-14; 61:18-19; 61:21-26; 62:1-3; 62:5-6; 62:8-9; 62:11-22; 62:24-26; 62:28-63:1; 63:5; 63:7-10; 63:18; 66:19-20; 66:26-27; 68:5-6; 68:13-18; 68:27-69:1; 69:3-27; 70:1-71:4; 71:6-7; 71:13; 71:16-73:28; 74:1-27; 75:1-6; 75:20-21; 75:27; 76:1-2; 76:4-5; 76:13.

- Exhibit D to the Declaration of William A. Hanssen, Expert Report of Ronald Eccles, B.Sc., Ph.D., D.Sc., filed by Defendants on June 8, 2015 (dkt. 36-2) at 3:20-21; 3:23-4:11; 4:23-6:6; 6:19-21; 6:23-26; 7:5-11; 7:13-16; 8:14-18.

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ORDER GRANTING DEFENDANTS' REQUEST
TO SEAL DEFENDANTS' DOCUMENTS IN SUPPORT OF MOTION FOR    - 2 -    CASE NO. 2:14-CV-00160-MCE-AC
SUMMARY JUDGMENT AND MOTION TO EXCLUDE

1    • Exhibit F to the Declaration of William A. Hanssen, Deposition of Noel R. Rose,

2    M.D., Ph.D., taken on April 24, 2015 and May 12, 2015 at 46:15-15; 46:20-23; 86:11-

3    13; 104:21-25; 105:6-9; 105:12-19; 105:21-23; 106:10; 150:23-25; 156:5; 156:17;

4    183:13-14; 184:20-25; 185:4-10; 189:7-13; 190:6-10; 190:14-16; 190:21-23; 197:3-4;

5    197:6-10; 190:13-17; 190:21-208:25; 218:1-247:25; 284:1-286:25; 322:11-17.

6    • Exhibit G to the Declaration of William A. Hanssen, Deposition of R. Barker Bausell,

7    Ph.D., taken on April 17, 2015 at 58:17-22; 72:1-6; 72:25; 77:1-2; 77:16-22; 79:12-25;

8    85:1-96:25; 102:1-104:25; 106:1-25; 121:1-25; 130:1-25; 133:1-137:25; 139:1-

9    140:25; 149:1-151:25; 155:6-7; 156:1-5; 157:9-10; 157:13-15; 157:22-25; 158:24;

10   159:7-9; 159:13-14; 159:17-18; 168:17; 168:20-22; 169:4; 171:12-15; 172:5-6;

11   172:19; 172:22-23; 175:7-8; 175:15-17; 180:2-10; 185:13-16; 187:6-7; 188:19;

12   192:13-14; 192:19-20; 197:12.

13   • Exhibit H to the Declaration of William A. Hanssen, Deposition of Tim L. Clarot,

14   taken on February 18, 2015 at 82:10-19; 82:24; 83:1-2; 83:10-11; 83:12-14; 83:18-20;

15   83:24-25.

16   • Exhibit T to the Declaration of William A. Hanssen, Rebuttal Declaration of Elizabeth

17   Howlett, Ph.D., filed by Plaintiff on June 10, 2015 (dkt. 41-2) and on July 8, 2015

18   (dkt. 50) at 7:26-8:6; 8:9-14; 8:18-9:11; 9:17-18; 10:4-7; 10:26-11:1; 11:7-8; 11:11-

19   12; 11:20-21; 11:23-27; 12:18-20; 12:24-28.

20   • Exhibit V to the Declaration of William A. Hanssen, Expert Report of David Stewart,

21   Ph.D., filed by Defendants on June 8, 2015 (dkt. 36-3) at 4:13-5:6; 5:23-24; 6:8-10;

22   6:25-26; 7:13-20; 7:26-28; 8:1-7; 8:13-15; 8:20-24; 8:26-27; 9:8-10; 9:12-17; 9:20-21;

23   9:26-28; 10:1-9; 10:12-18; 10:24-27; 11:1-5; 11:7-9; 11:24-25.

24   • Exhibits P, Q, W, X, Y, and Z to the Declaration of William A. Hanssen.

25   • Defendants' Motion to Exclude Certain Opinion Testimony of Plaintiff's Designated

26   Expert Noel R. Rose, M.D., Ph.D. at 1:7-8; 2:12-16; 7:7-11; 7:15-8:8; 8:27-28; 15:15;

27   15:25-26; 16:1-17:4; 19:8-9.

28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ORDER GRANTING DEFENDANTS' REQUEST
TO SEAL DEFENDANTS' DOCUMENTS IN SUPPORT OF MOTION FOR       - 3 -       CASE NO. 2:14-CV-00160-MCE-AC
SUMMARY JUDGMENT AND MOTION TO EXCLUDE

- Defendants' Motion to Exclude Certain Opinion Testimony of Plaintiff's Designated Expert R. Barker Bausell, Ph.D. at 1:8; 1:12; 2:5; 2:7-8; 2:19-23; 7:3-7; 7:12-8:5; 8:27-28; 17:3; 17:6-11; 17:22-18:12; 18:24-28; 19:6-7; 19:24-28; 20:17-19; 20:22; 20:26.

- Defendants' Motion for Summary Judgment or in the Alternative Summary Adjudication at 3:14; 4:9-20; 4:25-5:13; 5:16-19; 5:23-6:1; 6:17-19; 7:4-5; 7:26-8:2; 8:5-8; 10:26-28.

- Defendants' Statement of Undisputed Facts at 2:10-13; 2:16-17; 3:1-3; 3:9-12.

**IT IS SO ORDERED.**

Dated:  August 12, 2015

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ORDER GRANTING DEFENDANTS' REQUEST
TO SEAL DEFENDANTS' DOCUMENTS IN SUPPORT OF MOTION FOR
SUMMARY JUDGMENT AND MOTION TO EXCLUDE

- 4 -

CASE NO. 2:14-CV-00160-MCE-AC