**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Julia A. Luster (State Bar No. 295031)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:   ltfisher@bursor.com
               apersinger@bursor.com
               jluster@bursor.com

*Counsel for Plaintiff*

**DRINKER BIDDLE & REATH LLP**
Alan J. Lazarus (State Bar No. 129767)
William A. Hanssen (State Bar No. 110613)
50 Fremont Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
E-Mail:   alan.lazarus@dbr.com
               william.hanssen@dbr.com

*Counsel for Defendants*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESENIA MELGAR, on Behalf of Herself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZICAM LLC and MATRIXX INITIATIVES, INC.<br><br>Defendants. | Case No.  2:14-cv-00160-MCE-AC<br><br>**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE AND EXTENDING THE DEADLINE TO FILE DISPOSITIVE MOTIONS** |

WHEREAS, on August 6, 2015, Defendants' filed a Motion for Summary Judgment (Dkt. No. 69), a Motion to Exclude Certain Opinion Testimony of Designated Expert Noel R. Rose M.D., Ph.D. (Dkt No. 70), and a Motion to Exclude Certain Opinion Testimony of Designated Expert R. Barker Bausell Ph.D. (Dkt No. 71);

///

///

1  WHEREAS, pursuant to this Court's May 29, 2014 Pre-Trial Scheduling Order, the last day for Plaintiff to file her opposition to Defendants' Motion for Summary Judgment is August 27, 2015, and the last day for Defendants to file their reply in support of their Motion for Summary Judgment is September 10, 2015;

WHEREAS, Defendants' Motion for Summary Judgment is currently noticed for October 1, 2015, which is the deadline to hear dispositive motions set by this Court's May 29, 2014 Scheduling Order;

WHEREAS, pursuant to Local Rule 230, the last day for Plaintiff to file her oppositions to Defendants' Motions to Exclude Certain Testimony of Dr. Rose and Dr. Bausell is September 3, 2015, the last day for Defendants to file their replies in support of their Motions to Exclude Certain Testimony is September 10, 2015, and the hearings are noticed for September 17, 2015;

WHEREAS, Defendants also filed a Motion to Strike Plaintiff's Supplemental Designation of Experts (Dkt. No. 61), and this Court referred that Motion to Magistrate Judge Allison Claire (Dkt. No. 59);

WHEREAS, the deadline for Plaintiff to respond to Defendants' Motion to Strike Plaintiff's Supplemental Designation of Experts is August 12, 2015, the deadline for Defendants' to file a reply in support of their Motion to Strike Plaintiff's Supplemental Designation of Experts is August 19, 2015, and the hearing is noticed for August 26, 2015;

WHEREAS, on August 5, 2015, Defendants filed a Motion for Leave to Respond to Plaintiff's Reply in Support of Motion for Class Certification (Dkt. No. 66), and Plaintiff filed her opposition on August 6, 2015 (Dkt. 67);

WHEREAS, Defendants' reply in support of their Motion for Leave to Respond to Plaintiff's Reply is due on August 27, 2015, and the hearing is noticed before this Court on September 3, 2015;

WHEREAS, counsel for both parties will be in trial during the current briefing schedule for Defendants' Motion for Summary Judgment, set by this Court's May 29, 2014 Pre-Trial

STIPULATION AND ORDER SETTING BRIEFING SCHEDULE AND EXTENDING DEADLINE TO FILE DISPOSITIVE MOTIONS
CASE NO.  2:14-CV-00160-MCE-AC

1

Scheduling Order (Dkt. No. 15), and Defendants' Motions to Exclude Certain Testimony of Dr. Rose and Dr. Bausell, set by Local Rule 230;

WHEREAS, counsel for Plaintiff also has pre-paid vacations scheduled for the month of August;

WHEREAS, the Parties have conferred and agreed to set a briefing schedule for Defendants' Motion for Summary Judgment (Dkt. No. 69), Defendants' Motion to Exclude Certain Opinion Testimony of Designated Expert Noel R. Rose M.D., Ph.D. (Dkt No. 70), and Defendants' Motion to Exclude Certain Opinion Testimony of Designated Expert R. Barker Bausell Ph.D. (Dkt No. 71);

WHEREAS, the Parties agree that the briefing schedules set for Defendants' Motion to Strike Plaintiff's Supplemental Designation of Experts (Dkt. No. 61), and Defendants' Motion for Leave to Respond to Plaintiff's Reply in Support of Class Certification (Dkt. No. 66) shall remain unchanged;

WHEREAS, the parties have not requested any extensions of time prior to this stipulation;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties through their respective attorneys of record that:

1. The last day to hear dispositive motions shall be extended to November 12, 2015, or in the alternative, December 3, 2015 if that date is more convenient for the Court;

2. Plaintiffs will file their oppositions to Defendants' Motion for Summary Judgment, Defendants' Motion to Exclude Certain Opinion Testimony of Designated Expert Noel R. Rose M.D., Ph.D., and Defendants' Motion to Exclude Certain Opinion Testimony of Designated Expert R. Barker Bausell Ph.D. on or before October 1, 2015;

3. Defendants will file their Replies in Support of Defendants' Motion for Summary Judgment, Defendants' Motion to Exclude Certain Opinion Testimony of Designated Expert Noel R. Rose M.D., Ph.D., and Defendants' Motion to Exclude Certain Opinion Testimony of Designated Expert R. Barker Bausell Ph.D. on or before November 5, 2015;

4. The hearing on the Defendants' Motion for Summary Judgment, Defendants' Motion to Exclude Certain Opinion Testimony of Designated Expert Noel R. Rose M.D., Ph.D., and

1  Defendants' Motion to Exclude Certain Opinion Testimony of Designated Expert R.
2  Barker Bausell Ph.D. shall be on November 12, 2015 at 2:00 p.m., or in the alternative,
3  December 3, 2015 if that date is more convenient for the Court or on such other date that
4  is convenient for the Court.

5  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

6  Dated:  August 10, 2015                Respectfully submitted,

7  **BURSOR & FISHER, P.A.**

8  By:   */s/ L. Timothy Fisher*
          L. Timothy Fisher

10  L. Timothy Fisher (State Bar No. 191626)
    Annick M. Persinger (State Bar No. 272996)
    Julia A. Luster (State Bar No. 295031)
11  1990 North California Blvd., Suite 940
    Walnut Creek, CA  94596
12  Telephone: (925) 300-4455
    Facsimile: (925) 407-2700
13  Email:  ltfisher@bursor.com
            apersinger@bursor.com
14          jluster@bursor.com

15  *Counsel for Plaintiff*

17  Dated:  August 10, 2015                **DRINKER BIDDLE & REATH LLP**

18  By:   */s/ William A. Hanssen*
          William A. Hanssen

20  Alan J. Lazarus (State Bar No. 129767)
    William A. Hanssen (State Bar No. 110613)
    50 Fremont Street, 20th Floor
21  San Francisco, CA 94105
    Telephone: (415) 591-7500
22  Facsimile: (415) 591-7510
    E-Mail:  alan.lazarus@dbr.com
23           william.hanssen@dbr.com

24  *Counsel for Defendants*

**ORDER**

Pursuant to the Parties' stipulation, the Court hereby orders:

1. The last day to hear dispositive motions shall be extended to November 12, 2015;
2. Plaintiffs will file their oppositions to Defendants' Motion for Summary Judgment, Defendants' Motion to Exclude Certain Opinion Testimony of Designated Expert Noel R. Rose M.D., Ph.D., and Defendants' Motion to Exclude Certain Opinion Testimony of Designated Expert R. Barker Bausell Ph.D. on or before October 1, 2015;
3. Defendants will file their Replies in Support of Defendants' Motion for Summary Judgment, Defendants' Motion to Exclude Certain Opinion Testimony of Designated Expert Noel R. Rose M.D., Ph.D., and Defendants' Motion to Exclude Certain Opinion Testimony of Designated Expert R. Barker Bausell Ph.D. on or before November 5, 2015;
4. The hearing on the Defendants' Motion for Summary Judgment, Defendants' Motion to Exclude Certain Opinion Testimony of Designated Expert Noel R. Rose M.D., Ph.D., and Defendants' Motion to Exclude Certain Opinion Testimony of Designated Expert R. Barker Bausell Ph.D. shall be on November 12, 2015, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: August 12, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND ORDER SETTING BRIEFING SCHEDULE AND EXTENDING DEADLINE TO FILE DISPOSITIVE MOTIONS
CASE NO.  2:14-CV-00160-MCE-AC

4