ALAN J. LAZARUS (SBN #129767)
alan.lazarus@dbr.com
WILLIAM A. HANSSEN (SBN #110613)
william.hanssen@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105-2235
Telephone:     (415) 591-7500
Facsimile:      (415) 591-7510

Attorneys for Defendants
ZICAM LLC and MATRIXX
INITIATIVES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESENIA MELGAR, on Behalf of Herself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZICAM LLC and MATRIXX INITIATIVES, INC.,<br><br>Defendants. | Case No. 2:14-cv-00160-MCE-AC<br><br>**ORDER GRANTING DEFENDANTS MATRIXX INITIATIVES, INC.'S AND ZICAM LLC'S MOTION FOR LEAVE TO RESPOND TO PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** |

Defendants Matrixx Initiatives, Inc.'s, and Zicam LLC's Motion for Leave to Respond to Plaintiff's Reply in Support of Motion for Class Certification is GRANTED.

///
///
///
///
///
///
///

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ORDER GRANTING DEFENDANTS' CONDITIONAL MOTION FOR LEAVE TO RESPOND TO PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION

CASE NO. 2:14-CV-00160-MCE-AC

1  Defendants are granted leave to respond to Plaintiff's Reply by filing Defendants' Response to
2  Plaintiff's Reply in Support of Motion for Class Certification and its accompanying Notice of
3  Motion and Motion to Seal, as attached to Defendants' Motion for Leave.

4  **IT IS SO ORDERED.**

5  Dated: August 31, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ORDER GRANTING DEFENDANTS' CONDITIONAL MOTION FOR LEAVE TO RESPOND TO PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION

- 2 -

CASE NO. 2:14-CV-00160-MCE-AC