1  ALAN J. LAZARUS (SBN #129767)
   alan.lazarus@dbr.com
2  WILLIAM A. HANSSEN (SBN #110613)
   william.hanssen@dbr.com
3  ASHLEY K. CORKERY (SBN #301380)
   ashley.corkery@dbr.com
4  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
5  San Francisco, CA  94105-2235
   Telephone:    (415) 591-7500
6  Facsimile:    (415) 591-7510

7  Attorneys for Defendants
   ZICAM LLC and MATRIXX
8  INITIATIVES, INC.

9                  UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESENIA MELGAR, on Behalf of Herself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZICAM LLC and MATRIXX INITIATIVES, INC.,<br><br>Defendants. | Case No. 2:14-cv-00160-MCE-AC<br><br>**STIPULATION AND ORDER SETTING REVISED BRIEFING SCHEDULE FOR DEFENDANTS TO FILE REPLIES IN SUPPORT OF SUMMARY JUDGMENT AND MOTIONS TO EXCLUDE CERTAIN OPINION TESTIMONY AND EXTENDING THE DEADLINE TO HEAR DISPOSITIVE MOTIONS** |

Plaintiff Yesenia Melgar, on behalf of herself and all others similarly situated ("Plaintiff"), and Defendants Zicam LLC and Matrixx Initiatives, Inc. (collectively "Defendants"), by and through their respective attorneys, hereby stipulate as follows:

WHEREAS, Defendants filed a motion for summary judgment (Dkt. No. 69) and motions to exclude certain opinion testimony of designated expert Noel R. Rose (Dkt. No. 70) and of designated expert R. Barker Bausell (Dkt. 71), on August 6, 2015;

WHEREAS, after the parties met and conferred, Plaintiff filed a stipulation and proposed order setting the briefing schedule and extending the deadline to hear dispositive motions (Dkt. No. 80) and a stipulation and proposed order setting the briefing schedule for Defendants'

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND ORDER SETTING MSJ AND MTE
BRIEFING SCHEDULE AND EXTENDING HEARING         - 1 -          CASE NO. 2:14-CV-00160-MCE-AC
DEADLINES

1  motions to exclude certain expert testimony (Dkt. No. 81), on August 14, 2015;

2      WHEREAS, the Court extended the deadline for the last day to hear dispositive motions

3  to November 12, 2015, pursuant to an Order entered on August 14, 2015 (Dkt. No. 84);

4      WHEREAS, the Court extended the deadline to file oppositions to Defendants' motion for

5  summary judgment and motions to exclude certain opinion testimony to October 1, 2015 (Dkt.

6  Nos. 84, 88);

7      WHEREAS, Defendants' replies in support of motion for summary judgment and motions

8  to exclude certain opinion testimony are due on November 5, 2015;

9      WHEREAS, counsel for Defendants were engaged in trial longer than anticipated, from

10 September 21 through October 16, 2015;

11     WHEREAS, following the trial, lead counsel for Defendants traveled to Florida on

12 October 17, 2015 due to the illness and death of his parent;

13     WHEREAS, Plaintiff's counsel are scheduled to begin trial in Los Angeles on October 27,

14 2015;

15     WHEREAS, on October 20, 2015 the Court issued an order continuing the trial of this

16 matter from February 8, 2016 to August 1, 2016, and the Final Pretrial Conference from

17 December 17, 2015 to June 16, 2016.

18     WHEREAS, the parties have conferred and agreed to set a new briefing schedule for

19 Defendants to file replies in support of their motion for summary judgment and motions to

20 exclude certain opinion testimony to accommodate Defendants' counsel personal circumstance

21 and the parties respective trial schedules;

22     WHEREAS, the parties respectfully request that the Court grant this extension to

23 accommodate the personal circumstance of defense counsel;

24     WHEREAS, the parties now stipulate and agree to the entry of an Order extending the

25 date of Defendants' replies in support of their motion for summary judgment and motions to

26 exclude certain opinion testimony to on or before November 19, 2015;

27     WHEREAS, the parties now stipulate and agree to the entry of an Order extending the last

28 day to hear dispositive motions to January 14, 2016;

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND ORDER SETTING MSJ AND MTE
BRIEFING SCHEDULE AND EXTENDING HEARING        - 2 -        CASE NO. 2:14-CV-00160-MCE-AC
DEADLINES

1   WHEREAS, the parties now stipulate and agree to the entry of an Order extending the hearing date of Defendants' motions to exclude certain opinion testimony to January 14, 2016;

THEREFORE, IT IS HEREBY STIPULATED by and between the parties and their counsel that, upon the Court's grant of the proposed order submitted herewith:

1. The deadline for Defendants to submit replies in support of their motion for summary judgment; in support of their motion to exclude certain opinion testimony of Noel R. Rose; and in support of their motion to exclude certain opinion testimony of R. Barker Bausell is extended to on or before November 19, 2015;

2. Defendants will file their replies in support of their motion for summary judgment; in support of their motion to exclude certain opinion testimony of Noel R. Rose; and in support of their motion to exclude certain opinion testimony of R. Barker Bausell on or before November 19, 2015;

3. The last day to hear dispositive motions shall be extended to January 14, 2016;

4. The hearing on Defendants' motion for summary judgment and motions to exclude certain opinion testimony shall be on January 14, 2016 at 2:00 p.m., or on such other date that is convenient for the Court.

IT IS SO STIPULATED.

Dated: October _____, 2015

DRINKER BIDDLE & REATH LLP

By:_____
Alan J. Lazarus
William A. Hanssen
Ashley K. Corkery

Attorneys for Defendants
ZICAM LLC and MATRIXX INITIATIVES, INC.

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND ORDER SETTING MSJ AND MTE BRIEFING SCHEDULE AND EXTENDING HEARING DEADLINES — - 3 -   CASE NO. 2:14-cv-00160-MCE-AC

1  Dated: October _____, 2015                     BURSOR & FISHER, P.A.

2

3                                                 By:_____
                                                     L. Timothy Fisher
4                                                    Annick M. Persinger
                                                     Julie A. Luster
5
                                                  Attorneys for Plaintiff
6                                                 YESENIA MELGAR

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND ORDER SETTING MSJ AND MTE
BRIEFING SCHEDULE AND EXTENDING HEARING      - 4 -           CASE NO. 2:14-CV-00160-MCE-AC
DEADLINES

# ORDER

Pursuant to the parties' stipulation, the Court hereby orders:

1. The deadline for Defendants to submit replies in support of their motion for summary judgment; in support of their motion to exclude certain opinion testimony of Noel R. Rose; and in support of their motion to exclude certain opinion testimony of R. Barker Bausell is extended to on or before November 19, 2015;
2. The last day to hear dispositive motions shall be extended to January 14, 2016;
3. The hearing on Defendants' motion for summary judgment; motion to exclude certain opinion testimony of Noel R. Rose; and motion to exclude certain opinion testimony of R. Barker Bausell shall be on January 14, 2016.

**IT IS SO ORDERED.**

DATED: October 28, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ORDER
82971717.1

CASE NO. 2:14-CV-00160-MCE-AC