ALAN J. LAZARUS (SBN #129767)
alan.lazarus@dbr.com
WILLIAM A. HANSSEN (SBN #110613)
william.hanssen@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105-2235
Telephone:     (415) 591-7500
Facsimile:      (415) 591-7510

Attorneys for Defendants
ZICAM LLC and MATRIXX
INITIATIVES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESENIA MELGAR, on Behalf of Herself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZICAM LLC and MATRIXX INITIATIVES, INC.,<br><br>Defendants. | Case No. 2:14-cv-00160-MCE-AC<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO FILE UNDER SEAL CERTAIN DOCUMENTS IN SUPPORT OF DEFENDANTS' REPLIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND MOTIONS TO EXCLUDE PLAINTIFF'S EXPERT TESTIMONY** |

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO SEAL DEFENDANTS' DOCUMENTS ISO REPLIES ISO MOTION FOR SUMMARY JUDGMENT AND MOTIONS TO EXCLUDE

CASE NO. 2:14-CV-00160-MCE-AC

Having considered Defendants' Notice of Request, Request to Seal Motion, and the Parties' Stipulated Protective Order (ECF No. 17), this Court hereby **GRANTS** Defendants' Request to Seal documents filed in support of Defendants' replies in support of summary judgment and motions to exclude Plaintiff's expert testimony.

The Court finds and orders the following references be filed under seal:

- Defendants' Reply Brief in Support of Motion for Summary Judgment, or in the Alternative Summary Adjudication, at i:6, 1:3-5, 1:8-10, 1:25, 2:1, 2:8-9, 2:11, 2:15-17, 3:1-4:11, 4:14, 4:23-24, 5:2-11, 6:1-12, 6:20-21, 6:23-28, 7:23-26, 10:1-2.
- Defendants' Response to Plaintiff's Separate Statement of Disputed Facts in Support of Motion for Summary Judgment, at pp. 2-46.
- Defendants' Objections to Plaintiff's Response to Defendants' Separate Statement of Undisputed Facts in Support of Motion for Summary Judgment, at 3:4-18, 3:22-27, 4:3-9, 4:24-28, 5:3-27:19, 27:26-28, 28:3-4.
- Defendants' Reply Brief in Support of Motion to Exclude Certain Opinion Testimony of Plaintiff's Designated Expert Noel R. Rose, M.D., Ph.D., at 2:10, 7:17-18, 7:25-9:6, 9:23-24.
- Defendants' Reply Brief in Support of Motion to Exclude Certain Opinion Testimony of Plaintiff's Designated Expert R. Barker Bausell, Ph.D., at 2:6, 7:15-16, 7:25-9:10, 9:27-28, 10:4-7.
- Exhibit BB to the Declaration of William A. Hanssen, the Deposition of R. Eccles, B.Sc., Ph.D., D.Sc., taken on June 16, 2015, at pp. 135-136, 138-141, 145-148, 168, 176-179, 181-184, 188-189.
- Exhibit CC to the Declaration of William A. Hanssen, the Deposition of Susan E. Potts, taken on April 1, 2015, at pp. 122-123, 127-128.
- Exhibit DD to the Declaration of William A. Hanssen, Deposition of Noel R. Rose, M.D., Ph.D., taken on April 24, 2015 and May 12, 2015, at pp. 40-66, 68, 72-75, 78-79, 98-102, 106-108, 110-111, 145, 248-252, 258-262.

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ORDER GRANTING DEFENDANTS' REQUEST TO SEAL DEFENDANTS' DOCUMENTS ISO REPLIES ISO MOTION FOR SUMMARY JUDGMENT AND MOTIONS TO EXCLUDE     - 2 -     CASE NO. 2:14-CV-00160-MCE-AC

- Exhibit EE to the Declaration of William A. Hanssen, Deposition of R. Barker Bausell, Ph.D., taken on April 17, 2015, at pp. 54-56, 81, 85-86, 98-100, 141, 144-146.

**IT IS SO ORDERED.**

Dated: December 15, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ORDER GRANTING DEFENDANTS' REQUEST TO SEAL DEFENDANTS' DOCUMENTS ISO REPLIES ISO MOTION FOR SUMMARY JUDGMENT AND MOTIONS TO EXCLUDE — - 3 - — CASE NO. 2:14-CV-00160-MCE-AC