| | |
|---|---|
| 1 | ALAN J. LAZARUS (SBN #129767) |
|   | alan.lazarus@dbr.com |
| 2 | WILLIAM A. HANSSEN (SBN #110613) |
|   | william.hanssen@dbr.com |
| 3 | ASHLEY K. CORKERY (SBN #301380) |
|   | ashley.corkery@dbr.com |
| 4 | DRINKER BIDDLE & REATH LLP |
|   | 50 Fremont Street, 20th Floor |
| 5 | San Francisco, CA 94105-2235 |
|   | Telephone:  (415) 591-7500 |
| 6 | Facsimile:  (415) 591-7510 |
| 7 | Attorneys for Defendants |
|   | ZICAM LLC and MATRIXX |
| 8 | INITIATIVES, INC. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESENIA MELGAR, on Behalf of Herself and all Others Similarly Situated, | Case No. 2:14-cv-00160-MCE-AC |
| Plaintiff, | **ORDER GRANTING DEFENDANTS MATRIXX INITIATIVES, INC.'S AND ZICAM LLC'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE SECOND MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| ZICAM LLC and MATRIXX INITIATIVES, INC., | |
| Defendants. | Date:  January 14, 2016 |
|   | Time:  2:00 p.m. |
|   | Courtroom: 7 |

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ORDER GRANTING DEFENDANTS' NOTICE OF MOTION & MOTION
83563801.1

CASE NO. 2:14-CV-00160-MCE-AC

**ORDER**

Having considered Defendants Matrixx Initiatives, Inc.'s and Zicam LLC's Motion for Leave to File a Second Motion for Summary Judgment (ECF No. 107), this Court hereby **GRANTS** Defendants' Motion, and the January 14, 2016, hearing is VACATED as to this motion only.  Defendants' motions for summary judgment will be heard by this Court in accordance with the briefing schedule and hearing dates set and revised by this Court.

**IT IS SO ORDERED.**

**Dated:  December 15, 2015**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Drinker Biddle & Reath LLP
Attorneys At Law
San Francisco

ORDER GRANTING DEFENDANTS' NOTICE OF MOTION & MOTION
83563801.1

CASE NO. 2:14-cv-00160-MCE-AC