ALAN J. LAZARUS (SBN #129767)
alan.lazarus@dbr.com
WILLIAM A. HANSSEN (SBN #110613)
william.hanssen@dbr.com
ASHLEY K. CORKERY (SBN #301380)
ashley.corkery@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105-2235
Telephone:     (415) 591-7500
Facsimile:     (415) 591-7510

<u>**Attorneys for Defendants ZICAM LLC and**</u>

<u>**MATRIXX INITIATIVES, INC.**</u>

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESENIA MELGAR, on Behalf of Herself and all Others Similarly Situated,<br><br>            Plaintiff,<br><br>v.<br><br>ZICAM LLC and MATRIXX INITIATIVES, INC.,<br><br>            Defendants. | Case No. 2:14-cv-00160-MCE-AC<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR LEAVE TO FILE OPPOSITION TO PLAINTIFF YESENIA MELGAR'S PROPOSED NOTICE PLAN**<br><br>Date:    June 16, 2016<br>Time:   2:00 p.m.<br>Dept:   Courtroom 7 |

**ORDER**

Having considered Defendants Matrixx Initiatives, Inc.'s and Zicam LLC's Motion for Leave to File an Opposition to Plaintiff's Proposed Notice Plan, this Court hereby **GRANTS** Defendants' Motion. This Court orders that Defendants' opposition to Plaintiff Yesenia Melgar's Proposed Notice Plan be submitted by May 27, 2016, that any reply in support of Plaintiff's Proposed Notice Plan be submitted by June 3, 2016, and that Defendants' opposition be heard on June 16, 2016, or as soon thereafter as the Court is available to hear it.

**IT IS SO ORDERED.**

Dated: May 17, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Drinker Biddle & Reath LLP
Attorneys At Law
San Francisco

Order Granting Request for Leave to File Opposition to Plaintiff's Proposed Notice Plan     - 2 -     Case No. 2:14-cv-00160-MCE-AC