1  **BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
2  L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
3  1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
4  Telephone: (925) 300-4455
Facsimile: (925) 407-2700
5  E-Mail:  scott@bursor.com
         ltfisher@bursor.com
6         apersinger@bursor.com

7  *Class Counsel*

8  **DRINKER BIDDLE & REATH LLP**
Alan J. Lazarus (State Bar No. 129767)
9  William A. Hanssen (State Bar No. 110613)
Ashley K. Corkery (State Bar. No. 301380)
10  50 Fremont Street, 20th Floor
San Francisco, CA 94105
11  Telephone: (415) 591-7500
Facsimile: (415) 591-7510
12  E-Mail: alan.lazarus@dbr.com
          william.hanssen@dbr.com
13          ashley.corkery@dbr.com

14  *Counsel for Defendants*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YESENIA MELGAR, on Behalf of Herself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZICAM LLC and MATRIXX INITIATIVES, INC.<br>Defendants. | Case No.  2:14-cv-00160-MCE-AC<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON PLAINTIFF'S PROPOSED NOTICE PLAN**<br><br>Courtroom: 7<br>Hon. Morrison C. England, Jr. |

STIPULATION AND ORDER CONTINUING HEARING DATE
CASE NO. 2:14-CV-00160-MCE-AC

Plaintiff Yesenia Melgar, on behalf of herself and the certified class ("Plaintiff"), and Defendants Zicam LLC and Matrixx Initiatives, Inc. (collectively "Defendants"), by and through their respective attorneys, hereby stipulate as follows:

WHEREAS, on June 15, 2016, the Court issued a Minute Order vacating the June 16, 2016 hearing on Plaintiff's Proposed Notice Plan and re-scheduled the hearing for June 30, 2016. Dkt. No. 126.

WHEREAS, Plaintiff's counsel L. Timothy Fisher is unavailable on June 30, 2016 due to a deposition scheduled in another case.

WHEREAS, Plaintiff's counsel and Defendants' counsel have agreed, subject to the Court's approval, to re-schedule the hearing on Plaintiff's Proposed Notice Plan from June 30, 2016 to July 28, 2016 or as soon thereafter as the Court is available.

Now, therefore, the parties, through the undersigned counsel, hereby stipulate as follows:

1. The hearing on Plaintiff's Proposed Notice Plan currently set for June 30, 2016 at 2:00 p.m. shall be vacated.

2. The hearing on Plaintiff's Proposed Notice Plan shall be re-scheduled for July 28, 2016 at 2:00 p.m. or as soon thereafter as the Court is available.

Dated: June 20, 2016                    Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: */s/ L. Timothy Fisher*
     L. Timothy Fisher

Scott A. Bursor (State Bar No. 276006)
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: scott@bursor.com
        ltfisher@bursor.com
        apersinger@bursor.com

*Class Counsel*

STIPULATION AND ORDER CONTINUING HEARING DATE
CASE NO. 2:14-CV-00160-MCE-AC

Dated: June 20, 2016                                **DRINKER BIDDLE & REATH LLP**

By: */s/ William A. Hanssen*
       William A. Hanssen

Alan J. Lazarus (State Bar No. 129767)
William A. Hanssen (State Bar No. 110613)
Ashley K. Corkery (State Bar. No. 301380)
50 Fremont Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
E-Mail:  alan.lazarus@dbr.com
              william.hanssen@dbr.com
              ashley.corkery@dbr.com

*Counsel for Defendants*

## ORDER

Pursuant to the parties' stipulation, the hearing on Plaintiff's Proposed Notice Plan currently set for June 30, 2016 at 2:00 p.m. is hereby VACATED and CONTINUED to July 28, 2016 at 2:00 p.m.

IT IS SO ORDERED.

Dated: June 22, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE