1   ALAN J. LAZARUS (SBN 129767)
    alan.lazarus@dbr.com
2   WILLIAM A. HANSSEN (SBN 110613)
    william.hanssen@dbr.com
3   ASHLEY K. CORKERY (SBN 301380)
    ashley.corkery@dbr.com
4   DRINKER BIDDLE & REATH LLP
    50 Fremont Street, 20th Floor
5   San Francisco, CA  94105-2235
    Telephone:    (415) 591-7500
6   Facsimile:    (415) 591-7510

7   Attorneys for Defendants
    ZICAM LLC and MATRIXX
8   INITIATIVES, INC.

9
    SCOTT A. BURSOR (SBN 276006)
10  scott@bursor.com
    L. TIMOTHY FISHER (SBN 191626)
11  ltfisher@bursor.com
    BURSOR & FISHER, P.A.
12  1990 North California Blvd., Suite 940
    Walnut Creek, CA 94596
13  Telephone: (925) 300-4455
    Facsimile: (925) 407-2700
14
    Attorneys for Plaintiff
15  YESENIA MELGAR

16              UNITED STATES DISTRICT COURT

17              EASTERN DISTRICT OF CALIFORNIA

18

19  YESENIA MELGAR, on Behalf of Herself        Case No. 2:14-cv-00160-MCE-AC
    and all Others Similarly Situated,
20                                               **JOINT STIPULATION REGARDING
                Plaintiffs,                      CLASS ACTION NOTICE PLAN AND
21                                               ORDER**
    v.
22                                               Hon. Morrison C. England, Jr.
    ZICAM LLC and MATRIXX
23  INITIATIVES, INC.,

24              Defendants.

25

26

27

28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION AND [PROPOSED] FOR
CONTINUANCE OF CASE MANAGEMENT
CONFERENCE

CASE NO. 5:11-CV-06584-LHK

1   Plaintiff Yesenia Melgar, on behalf of herself and the certified class ("Plaintiff"), and

2   Defendants Zicam LLC and Matrixx Initiatives, Inc. (collectively "Defendants"), by and through

3   their respective attorneys, hereby submit an agreed plan to notify class members of the pendency of

4   this action.  The procedures described below include individual notice, publication notice, and the

5   establishment of a class action website.

6   ## A.   Direct Notice

7   Plaintiff shall cause a notice of the pendency of this class action to be sent directly via

8   electronic mail ("e-mail") or U.S. mail to all persons reasonably believed to be part of the class

9   and for whom Defendants already have contact information in their possession; *i.e.*, persons who

10  have voluntarily provided e-mail addresses to Defendants (either via call center and/or subscriber

11  lists) and who are believed to reside in one of the ten jurisdictions at issue.  Defendants have

12  identified approximately 3,330 individuals to date who will be covered by this method of notice.

13  A copy of the Notice is attached as **Exhibit A**.  Plaintiff shall use best efforts to

14  commence with dissemination of the Notice via electronic communication within twenty-one (21)

15  days after approval of this Agreed Plan by the Court.  Class members will have six weeks from

16  the date the e-mail notice is sent to request exclusion from the class.

17  ## B.   Publication Notice

18  Plaintiff will supplement the direct notice by providing a published summary notice of the

19  pendency of this class action in newspapers of general circulation throughout the ten jurisdictions

20  at issue.  Based on a review of print circulation figures, the Parties have preliminarily identified

21  newspapers that are reasonably calculated to apprise interested persons of the pendency of the

22  action and afford them an opportunity to opt-out.  The following newspapers have wide

23  circulation in the most populated counties in each state:

24  California:  Los Angeles Times; San Francisco Chronicle.

25  Delaware:  Wilmington News Journal.

26  D.C.:  The Washington Post.

27  Kansas:  The Wichita Eagle.

28  Missouri:  St. Louis Post-Dispatch; The Kansas City Star.

Drinker Biddle & Reath LLP
Attorneys At Law
San Francisco

Joint Stipulation and Order for
Continuance of Case Management
Conference                - 1 -

1    <u>New Jersey</u>:  Newark Star-Ledger.

2    <u>Ohio</u>:  The Plain Dealer.

3    <u>Utah</u>:  The Salt Lake Tribune.

4    <u>Virginia</u>:  The Virginian-Pilot.

5    <u>West Virginia</u>:  The Charleston Gazette-Mail.

6    A copy of the Summary Notice is attached as **Exhibit B**.  Plaintiff shall use best efforts to

7    distribute the Summary Notice within thirty (30) days after approval of this Agreed Plan by the

8    Court.  Class members will have six weeks from the last date of publication to request exclusion

9    from the class.

10    **C.    Class Action Website**

11    Plaintiff will also set up a class action website so that members who receive a summary

12    notice can be directed to the website to read more information.  This class action website will

13    include the information circulated via direct notice.

14    A copy of the Notice is attached as **Exhibit A**.  Plaintiff shall use best efforts to set up this

15    class website with the posted Notice within fourteen (14) days after approval of this Agreed Plan

16    by the Court.

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION AND ORDER FOR
CONTINUANCE OF CASE MANAGEMENT
CONFERENCE

- 2 -

1    The Parties respectfully submit that this proposal for dissemination of notice is the best

2 notice practicable under the circumstances and that it meets the requirements of due process and the

3 Federal Rules of Civil Procedure.

4                                      Respectfully submitted,

5
   Dated: February 10, 2017                    DRINKER BIDDLE & REATH LLP
6

7                                      By: */s/ Alan J. Lazarus*
                                           Alan J. Lazarus
8                                          William A. Hanssen
                                           Ashley K. Corkery
9

10                                     Attorneys for Defendants
                                       ZICAM LLC and MATRIXX INITIATIVES, INC.
11

12                                     BURSOR & FISHER, P.A.

13

14                                     By: */s/ Scott A. Bursor*
15                                         Scott A. Bursor
                                           L. Timothy Fisher
16
                                       Attorneys for Plaintiffs
17                                     YESENIA MELGAR, and all Others Similarly
                                       Situated
18

19                                      **ORDER**

20    IT IS SO ORDERED.

21 Dated:  February 16, 2017

22

23                                     MORRISON C. ENGLAND, JR
                                       UNITED STATES DISTRICT JUDGE
24

25

26

27

28

JOINT STIPULATION AND ORDER FOR
CONTINUANCE OF CASE MANAGEMENT
CONFERENCE                             - 3 -