ALAN J. LAZARUS (SBN 129767)
alan.lazarus@dbr.com
WILLIAM A. HANSSEN (SBN 110613)
william.hanssen@dbr.com
ASHLEY K. CORKERY (SBN 301380)
ashley.corkery@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105-2235
Telephone:     (415) 591-7500
Facsimile:      (415) 591-7510

Attorneys for Defendants
ZICAM LLC and MATRIXX
INITIATIVES, INC.


SCOTT A. BURSOR (SBN 276006)
scott@bursor.com
L. TIMOTHY FISHER (SBN 191626)
ltfisher@bursor.com
BURSOR & FISHER, P.A.
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700

Attorneys for Plaintiff
YESENIA MELGAR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESENIA MELGAR, on Behalf of Herself and all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZICAM LLC and MATRIXX INITIATIVES, INC.,<br><br>Defendants. | Case No. 2:14-cv-00160-MCE-AC<br><br>**JOINT STIPULATION REGARDING CLASS ACTION NOTICE PLAN AND ORDER**<br><br>Hon. Morrison C. England, Jr. |

JOINT STIPULATION AND [PROPOSED] FOR
CONTINUANCE OF CASE MANAGEMENT
CONFERENCE

CASE NO. 5:11-CV-06584-LHK

Plaintiff Yesenia Melgar, on behalf of herself and the certified class ("Plaintiff"), and Defendants Zicam LLC and Matrixx Initiatives, Inc. (collectively "Defendants"), by and through their respective attorneys, hereby submit an agreed plan to notify class members of the pendency of this action. The procedures described below include individual notice, publication notice, and the establishment of a class action website.

### A. Direct Notice

Plaintiff shall cause a notice of the pendency of this class action to be sent directly via electronic mail ("e-mail") or U.S. mail to all persons reasonably believed to be part of the class and for whom Defendants already have contact information in their possession; *i.e.*, persons who have voluntarily provided e-mail addresses to Defendants (either via call center and/or subscriber lists) and who are believed to reside in one of the ten jurisdictions at issue. Defendants have identified approximately 3,330 individuals to date who will be covered by this method of notice.

A copy of the Notice is attached as **Exhibit A**. Plaintiff shall use best efforts to commence with dissemination of the Notice via electronic communication within twenty-one (21) days after approval of this Agreed Plan by the Court. Class members will have six weeks from the date the e-mail notice is sent to request exclusion from the class.

### B. Publication Notice

Plaintiff will supplement the direct notice by providing a published summary notice of the pendency of this class action in newspapers of general circulation throughout the ten jurisdictions at issue. Based on a review of print circulation figures, the Parties have preliminarily identified newspapers that are reasonably calculated to apprise interested persons of the pendency of the action and afford them an opportunity to opt-out. The following newspapers have wide circulation in the most populated counties in each state:

<u>California</u>:  Los Angeles Times; San Francisco Chronicle.

<u>Delaware</u>:  Wilmington News Journal.

<u>D.C.</u>:  The Washington Post.

<u>Kansas</u>:  The Wichita Eagle.

<u>Missouri</u>:  St. Louis Post-Dispatch; The Kansas City Star.

1       <u>New Jersey</u>:  Newark Star-Ledger.

2       <u>Ohio</u>:  The Plain Dealer.

3       <u>Utah</u>:  The Salt Lake Tribune.

4       <u>Virginia</u>:  The Virginian-Pilot.

5       <u>West Virginia</u>:  The Charleston Gazette-Mail.

6  A copy of the Summary Notice is attached as **Exhibit B**.  Plaintiff shall use best efforts to distribute the Summary Notice within thirty (30) days after approval of this Agreed Plan by the Court.  Class members will have six weeks from the last date of publication to request exclusion from the class.

10      **C.**     **Class Action Website**

11  Plaintiff will also set up a class action website so that members who receive a summary notice can be directed to the website to read more information.  This class action website will include the information circulated via direct notice.

14  A copy of the Notice is attached as **Exhibit A**.  Plaintiff shall use best efforts to set up this class website with the posted Notice within fourteen (14) days after approval of this Agreed Plan by the Court.

17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

The Parties respectfully submit that this proposal for dissemination of notice is the best notice practicable under the circumstances and that it meets the requirements of due process and the Federal Rules of Civil Procedure.

Respectfully submitted,

Dated: February 10, 2017    DRINKER BIDDLE & REATH LLP

By: */s/ Alan J. Lazarus*
    Alan J. Lazarus
    William A. Hanssen
    Ashley K. Corkery

Attorneys for Defendants
ZICAM LLC and MATRIXX INITIATIVES, INC.

BURSOR & FISHER, P.A.

By: */s/ Scott A. Bursor*
    Scott A. Bursor
    L. Timothy Fisher

Attorneys for Plaintiffs
YESENIA MELGAR, and all Others Similarly Situated

**ORDER**

IT IS SO ORDERED.

Dated: February 16, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE