**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  scott@bursor.com
             ltfisher@bursor.com

*Counsel for Plaintiff*

**DRINKER BIDDLE & REATH LLP**
Alan J. Lazarus (State Bar No. 129767)
William A. Hanssen (State Bar No. 110613)
Ashley K. Corkery (State Bar No. 301380)
50 Fremont Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
E-Mail:  alan.lazarus@dbr.com
             william.hanssen@dbr.com
             ashley.corkery@dbr.com

*Counsel for Defendants*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESENIA MELGAR, on Behalf of Herself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZICAM LLC and MATRIXX INITIATIVES, INC.<br><br>Defendants. | Case No.  2:14-cv-00160-MCE-AC<br><br>**STIPULATION AND ORDER REGARDING OPT-OUT DATE**<br><br>Honorable Morrison C. England, Jr. |

STIPULATION AND ORDER REGARDING OPT-OUT DATE
CASE NO.  2:14-CV-00160-MCE-AC

1   WHEREAS, on February 16, 2017, the Court issued an order approving the parties agreed
2   notice plan.
3   WHEREAS, on February 28, 2017, the parties met and conferred regarding the deadline for
4   class members to exclude themselves from the certified class.
5   WHEREAS, Plaintiff Yesenia Melgar proposed that the parties agree that May 17, 2017 be
6   the deadline for class members to exclude themselves from the class.
7   WHEREAS, Defendants Zicam LLC and Matrixx Initiatives, Inc. do not oppose Plaintiff's
8   proposal to set May 17, 2017 as the deadline for class members to exclude themselves from the
9   class.
10  ///
11  ///
12  ///
13  ///
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

STIPULATION AND ORDER REGARDING OPT-OUT DATE                1
CASE NO.  2:14-CV-00160-MCE-AC

1  NOW, THEREFORE, the parties agree, subject to the Court's approval, that May 17, 2017
2  shall be the deadline for class members to exclude themselves from the class.
3  IT IS SO STIPULATED.

4  Dated: March 1, 2017                    Respectfully submitted,

5                                          **BURSOR & FISHER, P.A.**

6                                          By:   */s/ L. Timothy Fisher*
                                                   L. Timothy Fisher
7
8                                           Scott A. Bursor (State Bar No. 276006)
                                            L. Timothy Fisher (State Bar No. 191626)
                                            1990 North California Blvd., Suite 940
9                                           Walnut Creek, CA 94596
                                            Telephone: (925) 300-4455
10                                          Facsimile: (925) 407-2700
                                            E-Mail:  scott@bursor.com
11                                                   ltfisher@bursor.com

12                                          *Counsel for Plaintiff*

13  Dated: March 1, 2017                    **DRINKER BIDDLE & REATH LLP**

14                                          By:   */s/ Alan J. Lazarus*
                                                    Alan J. Lazarus
15
16                                          Alan J. Lazarus (State Bar No. 129767)
                                            William A. Hanssen (State Bar No. 110613)
17                                          Ashley K. Corkery (State Bar No. 301380)
                                            50 Fremont Street, 20th Floor
18                                          San Francisco, CA 94105
                                            Telephone: (415) 591-7500
19                                          Facsimile: (415) 591-7510
                                            E-Mail:  alan.lazarus@dbr.com
20                                                   william.hanssen@dbr.com
                                                     ashley.corkery@dbr.com
21
                                            *Counsel for Defendants*
22
                                            **ORDER**
23
    IT IS SO ORDERED.
24  Dated: March 3, 2017

25
                                            _____
26                                          MORRISON C. ENGLAND, JR
                                            UNITED STATES DISTRICT JUDGE
27
28