1  **BURSOR & FISHER, P.A.**
   Scott A. Bursor (State Bar No. 276006)
2  L. Timothy Fisher (State Bar No. 191626)
   1990 North California Blvd., Suite 940
3  Walnut Creek, CA 94596
   Telephone: (925) 300-4455
4  Facsimile: (925) 407-2700
   E-Mail:   scott@bursor.com
5             ltfisher@bursor.com

6  *Class Counsel*

7
                    UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10

11 | YESENIA MELGAR, on Behalf of Herself and all Others Similarly Situated, | Case No.  2:14-cv-00160-MCE-AC |
12 | | **ORDER GRANTING APPLICATION FOR ORDER REQUIRING DEFENDANTS TO PROVIDE CUSTOMER INFORMATION TO CLAIMS ADMINISTRATOR** |
13 | Plaintiff, | |
14 | v. | |
15 | | Hon. Morrison C. England, Jr. |
16 | ZICAM LLC and MATRIXX INITIATIVES, INC. | |
17 | Defendants. | |

Having reviewed the Application for an Order Requiring Defendants to Provide Customer Information to the Claims Administrator and good cause appearing, the Court orders as follows:

Within seven days of the date this order is electronically filed, Defendants Zicam, LLC and Matrixx Initiatives, Inc. shall provide to the claims administrator all contact information, including name, mailing address and/or email address, in its possession for customers that may be class members and have contacted Defendants with complaints.

IT IS SO ORDERED.

Dated:  March 9, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER GRANTING APPLICATION FOR ORDER REQUIRING DEFENDANTS TO PROVIDE CUSTOMER INFORMATION TO CLAIMS ADMINISTRATOR
CASE NO. 2:14-CV-00160-MCE-AC

1