1  ALAN J. LAZARUS (SBN 129767)
   alan.lazarus@dbr.com
2  WILLIAM A. HANSSEN (SBN 110613)
   william.hanssen@dbr.com
3  ASHLEY K. CORKERY (SBN 301380)
   ashley.corkery@dbr.com
4  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
5  San Francisco, CA  94105-2235
   Telephone:    (415) 591-7500
6  Facsimile:    (415) 591-7510

7  Attorneys for Defendants
   ZICAM LLC and MATRIXX
8  INITIATIVES, INC.

9  SCOTT A. BURSOR (SBN 276006)
   scott@bursor.com
10 L. TIMOTHY FISHER (SBN 191626)
   ltfisher@bursor.com
11 BURSOR & FISHER, P.A.
   1990 North California Blvd., Suite 940
12 Walnut Creek, CA 94596
   Telephone: (925) 300-4455
13 Facsimile: (925) 407-2700

14 Attorneys for Plaintiffs
   YESENIA MELGAR, on Behalf of Herself
15 and All Others Similarly Situated

16                UNITED STATES DISTRICT COURT

17              EASTERN DISTRICT OF CALIFORNIA

18

19 YESENIA MELGAR, on Behalf of Herself     Case No. 2:14-cv-00160-MCE-AC
   and All Others Similarly Situated,
20                                          **STIPULATION AND ORDER TO EXTEND
                    Plaintiffs,             TIME FOR DIRECT NOTICE IN CLASS
21                                          ACTION NOTICE PLAN**
   v.
22                                          Hon. Morrison C. England, Jr.
   ZICAM LLC and MATRIXX
23 INITIATIVES, INC.,

24                  Defendants.

25

26

27

28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO EXTEND TIME FOR DIRECT
NOTICE                                          CASE NO. 2:14-CV-00160-MCE-AC
88087928.1

1      Plaintiff Yesenia Melgar, on behalf of herself and the certified class ("Plaintiff"), and

2 Defendants Zicam LLC and Matrixx Initiatives, Inc. (collectively "Defendants"), by and through

3 their respective attorneys, hereby stipulate as follows:

4      WHEREAS, on February 17, 2017, this Court approved the Parties' Joint Stipulation

5 regarding a class action notice plan in the above-captioned case. *See* 2/17/17 Order, Dkt. No. 139.

6      WHEREAS, in that Stipulation, the Parties had agreed that "Plaintiff shall use best efforts

7 to commence with dissemination of the Notice via electronic communication within twenty-one

8 (21) days after approval of this Agreed Plan by the Court." *See id.* at 1.

9      WHEREAS, the Court's entry of this Order on February 17, 2017 thereby obligates

10 Plaintiffs' counsel to commence dissemination of the class action notice by March 10, 2017.

11      WHEREAS, due to the volume of class members reasonably anticipated to be notified of

12 this class action lawsuit via direct notice (approximately 15,000 email and mailing addresses have

13 been identified by Defendants), the Parties have agreed that a two-week extension is necessary to

14 effectuate direct notice in this case.

15      Now, therefore, the Parties, through the undersigned counsel, hereby stipulate as follows:

16      1.     The deadline to send direct notice to class members shall be extended by two

17 weeks, to March 24, 2017.

18      2.     All other deadlines, including the opt-out date, will remain the same.

19

20

21 Dated: March 8, 2017           DRINKER BIDDLE & REATH LLP

22

23                         By: */s/ Alan J. Lazarus*
                            Alan J. Lazarus

24                             William A. Hanssen
                            Ashley K. Corkery

25

26                        Attorneys for Defendants
                       ZICAM LLC and MATRIXX INITIATIVES, INC.

27

28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO EXTEND TIME FOR DIRECT
NOTICE
88087928.1        - 1 -        CASE NO. 2:14-cv-00160-MCE-AC

1
2
Dated: March 8, 2017                    BURSOR & FISHER, P.A.

3
4                                        By: */s/ L. Timothy Fisher*
                                             Scott A. Bursor
5                                            L. Timothy Fisher

6                                        Attorneys for Plaintiffs
                                         YESENIA MELGAR, and all Others Similarly
7                                        Situated

                                         **ORDER**
8
9           Pursuant to the Parties' stipulation, the Court hereby orders:

10          1.      The deadline to send direct notice to class members shall be extended by two

11    weeks, to March 24, 2017.

12          2.      All other deadlines, including the opt-out date, will remain the same.

13          IT IS SO ORDERED.

14

15    **Dated:  March 14, 2017**

16

17                                       _____
                                         MORRISON C. ENGLAND, JR
18                                       UNITED STATES DISTRICT JUDGE

19
20
21
22
23
24
25
26
27
28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO EXTEND TIME FOR DIRECT
NOTICE
88087928.1                    - 2 -              CASE NO. 2:14-cv-00160-MCE-AC