**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
L. Timothy Fisher (State Bar No. 191626)
Thomas A. Reyda (State Bar No. 312632)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: scott@bursor.com
   ltfisher@bursor.com
   treyda@bursor.com

*Counsel for Plaintiff*

**DRINKER BIDDLE & REATH LLP**
Alan J. Lazarus (State Bar No. 129767)
William A. Hanssen (State Bar No. 110613)
50 Fremont Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
E-Mail: alan.lazarus@dbr.com
   william.hanssen@dbr.com

*Counsel for Defendants*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESENIA MELGAR, on Behalf of Herself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZICAM LLC and MATRIXX INITIATIVES, INC.<br><br>Defendants. | Case No. 2:14-cv-00160-MCE-AC<br><br>**STIPULATION AND ORDER EXTENDING PRETRIAL SCHEDULE**<br><br>Honorable Morrison C. England, Jr. |

1     WHEREAS, on March 14, 2017, the Court entered a Supplemental Pretrial Scheduling Order ("Order"), and set the Final Pretrial Conference for January 11, 2018, at 2:00 p.m. in Courtroom 7.

    WHEREAS, the Order set December 11, 2017, as the deadline for the parties to file a Joint Final Pretrial Conference Statement with each parties' final witness and exhibit lists attached.

    WHEREAS, the Order also set December 11, 2017 as the deadline for the parties' procedural and evidentiary motions ("Motions in Limine"), with December 28, 2017 as the deadline for oppositions, and January 4, 2018 as the deadline for replies.

    WHEREAS, the parties desire an opportunity to review each other's final witness and exhibit lists prior to preparation of and filing Motions in Limine.

    WHEREAS, the parties have agreed, subject to the Court's approval, to re-schedule the pre-trial conference for any date between January 17, 2018 and January 24, 2018.

    WHEREAS, the parties agree that none of the other deadlines in the Order should be changed, and the parties shall file their Joint Pretrial Conference Statement on December 11, 2017 as scheduled.

    NOW, THEREFORE, the parties agree, subject to the Court's approval, to the following schedule:

1.     The deadline for the parties to file Motions in Limine, formerly December 11, 2017, shall now be December 18, 2017.

2.     The deadline for the parties to file oppositions to the Motions in Limine, formerly December 28, 2017, shall now be January 4, 2018.

3.     The deadline for the parties to file a reply in support of the Motions in Limine, formerly January 4, 2018, shall now be January 11, 2018.

4.     The Final Pretrial Conference, formerly January 11, 2018, shall now take place at a time convenient for the Court between January 17, 2018 and January 24, 2018.

    IT IS SO STIPULATED.

STIPULATION AND ORDER EXTENDING PRETRIAL SCHEDULE     1
CASE NO. 2:14-CV-00160-MCE-AC

| | | |
|---|---|---|
| 1 | Dated: December 1, 2017 | Respectfully submitted, |
| 2 | | **BURSOR & FISHER, P.A.** |
| 3 | | By: */s/ L. Timothy Fisher* |
| 4 | | L. Timothy Fisher |
| 5 | | Scott A. Bursor (State Bar No. 276006) |
| | | L. Timothy Fisher (State Bar No. 191626) |
| 6 | | Thomas A. Reyda (State Bar No. 312632) |
| | | 1990 North California Blvd., Suite 940 |
| 7 | | Walnut Creek, CA 94596 |
| | | Telephone: (925) 300-4455 |
| 8 | | Facsimile: (925) 407-2700 |
| | | E-Mail: scott@bursor.com |
| 9 | | ltfisher@bursor.com |
| | | treyda@bursor.com |
| 10 | | *Counsel for Plaintiff* |

Dated: December 1, 2017  **DRINKER BIDDLE & REATH LLP**

By: */s/ Alan J. Lazarus*
Alan J. Lazarus

Alan J. Lazarus (State Bar No. 129767)
William A. Hanssen (State Bar No. 110613)
50 Fremont Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
E-Mail: alan.lazarus@dbr.com
william.hanssen@dbr.com

*Counsel for Defendants*

**ORDER**

WHEREAS, the parties have stipulated to an extension to the pretrial schedule.

NOW, THEREFORE, good cause appearing, the Court orders the following:

1. The deadline for the parties to file Motions in Limine shall be December 18, 2017.
2. The deadline for the parties to file oppositions to the Motions in Limine shall be January 4, 2018.
3. The deadline for the parties to file a reply in support of the Motions in Limine shall be January 11, 2018.
4. The Final Pretrial Conference, shall now take place at 2:00 p.m. on Thursday, January 25, 2017, in Courtroom 7.

IT IS SO ORDERED.

Dated: December 6, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE