# UNITED STATES DISTRICT COURT
для for the
EASTERN DISTRICT OF CALIFORNIA

YESENIA MELGAR, on Behalf of Herself and all Others Similarly Situated, )
      *Plaintiff* )
      v. )
ZICAM LLC and MATRIXX INITIATIVES, INC., )
      *Defendant* )

Case No. 2:14-cv-00160-MCE-AC

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANTS ZICAM LLC and MATRIXX INITIATIVES, INC.

Date: December 19, 2017

/s/ Ryan S. Fife
*Attorney's signature*

Ryan S. Fife (SBN 235000)
*Printed name and bar number*

1800 Century Park East
Suite 1500
Los Angeles, CA 90067
*Address*

Ryan.Fife@dbr.com
*E-mail address*

(310) 203-4036
*Telephone number*

(310) 229-1285
*FAX number*

