**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
L. Timothy Fisher (State Bar No. 191626)
Thomas A. Reyda (State Bar No. 312632)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: scott@bursor.com
ltfisher@bursor.com
treyda@bursor.com

*Counsel for Plaintiff*

**DRINKER BIDDLE & REATH LLP**
Alan J. Lazarus (State Bar No. 129767)
William A. Hanssen (State Bar No. 110613)
50 Fremont Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
E-Mail: alan.lazarus@dbr.com
william.hanssen@dbr.com

*Counsel for Defendants*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESENIA MELGAR, on Behalf of Herself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br>ZICAM LLC and MATRIXX INITIATIVES, INC.<br><br>Defendants. | Case No. 2:14-cv-00160-MCE-AC<br><br>**STIPULATION AND ORDER EXTENDING PRETRIAL SCHEDULE**<br><br>Honorable Morrison C. England, Jr. |

STIPULATION AND ORDER EXTENDING PRETRIAL SCHEDULE
CASE NO. 2:14-CV-00160-MCE-AC

1     WHEREAS, on March 14, 2017, the Court entered a Supplemental Pretrial Scheduling Order ("Order"), and set the Final Pretrial Conference for January 11, 2018, at 2:00 p.m. in Courtroom 7.

    WHEREAS, the Order set December 11, 2017, as the deadline for the parties to file a Joint Final Pretrial Conference Statement with each parties' final witness and exhibit lists attached.

    WHEREAS, the Order also set December 11, 2017 as the deadline for the parties' procedural and evidentiary motions ("Motions in Limine"), with December 28, 2017 as the deadline for oppositions, and January 4, 2018 as the deadline for replies.

    WHEREAS, the parties desired an opportunity to review each other's final witness and exhibit lists prior to preparation of and filing Motions in Limine.

    WHEREAS, to permit an alternative briefing schedule, the parties agreed to re-schedule the Final Pretrial Conference for any date between January 17, 2018 and January 24, 2018.

    WHEREAS, the parties agreed to these dates because Class Counsel has conflicts from January 25 through January 29, 2018; March 1 through March 5, 2018; and March 14 through April 2, 2018.

    WHEREAS, on December 7, 2017, the Court entered an Order Extending the Pretrial Schedule, and set the Final Pretrial Conference for January 25, 2017, at 2:00 p.m. in Courtroom 7.

    WHEREAS, in the Order Extending the Pretrial Schedule the Court also adjusted the briefing schedule to set the deadline for the parties to file oppositions to Motions in Limine as January 4, 2018, and to file their replies in support of Motions in Limine by January 11, 2018.

    WHEREAS, the parties have agreed, subject to the Court's approval, to re-schedule the Final Pretrial Conference for any date between January 30, 2018, and February 2, 2018.

    WHEREAS, the parties have also agreed, subject to the Court's approval, to an extension to the Motion in Limine briefing schedule in light of the later date of the Final Pretrial Conference.

    NOW, THEREFORE, the parties agree, subject to the Court's approval, to the following schedule:

1. The Final Pretrial Conference, formerly scheduled for January 25, 2018, at 2:00 p.m. in Courtroom 7, shall now take place at a time convenient for the Court between January 30, 2018, and February 2, 2018.

2. The deadline for the parties to file oppositions to Motions in Limine, formerly January 4, 2018, shall now be January 11, 2018.

3. The deadline for the parties to file a reply in support of the Motions in Limine, formerly January 11, 2018, shall now be January 18, 2018.

IT IS SO STIPULATED.

Dated: December 22, 2017     Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:   */s/ L. Timothy Fisher*
         L. Timothy Fisher

Scott A. Bursor (State Bar No. 276006)
L. Timothy Fisher (State Bar No. 191626)
Thomas A. Reyda (State Bar No. 312632)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  scott@bursor.com
            ltfisher@bursor.com
            treyda@bursor.com

*Counsel for Plaintiff*

Dated: December 22, 2017     **DRINKER BIDDLE & REATH LLP**

By:   */s/ Alan J. Lazarus*
         Alan J. Lazarus

Alan J. Lazarus (State Bar No. 129767)
William A. Hanssen (State Bar No. 110613)
50 Fremont Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
E-Mail:  alan.lazarus@dbr.com
            william.hanssen@dbr.com

*Counsel for Defendants*

| | |
|---|---|
| 1 | **ORDER** |
| 2 | WHEREAS, the parties have stipulated to an extension to the pretrial schedule. |
| 3 | NOW, THEREFORE, good cause appearing, the Court orders the following |
| 4 | 1. The Final Pretrial Conference shall now take place at 2:00 p.m. on Thursday, |
| 5 | February 8, 2018. |
| 6 | 2. The deadline for the parties to file oppositions to the Motions in Limine shall be |
| 7 | January 11, 2018. |
| 8 | 3. The deadline for the parties to file a reply in support of the Motions in Limine shall |
| 9 | be January 18, 2018. |
| 10 | IT IS SO ORDERED. |
| 11 | Dated: January 3, 2018 |

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE