ALAN J. LAZARUS (SBN 129767)
Alan.Lazarus@dbr.com
**DRINKER BIDDLE & REATH LLP**
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: 415-591-7500
Facsimile: 415-591-7510

WILLIAM A. HANSSEN (SBN 110613)
William.Hanssen@dbr.com
RYAN S. FIFE (SBN 235000)
Ryan.fife@dbr.com
KATHRYN M. JACKSON (SBN 302381)
Katie.jackson@dbr.com
**DRINKER BIDDLE & REATH LLP**
1800 Century Park East, Ste. 1500
Los Angeles, California 90067
Tel.: (310) 203-4000

Leslie M. Smith (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
300 North La Salle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
leslie.smith@kirkland.com

Robyn Bladow (SBN 205189)
Ashley Neglia (SBN 298924)
**KIRKLAND & ELLIS LLP**
333 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
Email: robyn.bladow@kirkland.com
       ashley.neglia@kirkland.com

Attorneys for Defendants
Zicam LLC and Matrixx Initiatives, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESENIA MELGAR, on Behalf of Herself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Zicam LLC and Matrixx Initiatives, Inc.,<br><br>Defendants. | Case No. 2:14-cv-00160-MCE-AC<br><br>**ORDER DENYING DEFENDANTS' REQUEST TO SEAL PORTIONS OF EXHIBITS FILED IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTIONS IN LIMINE**<br><br>Date: January 25, 2018<br>Time: 2:00 p.m.<br>Dept: Courtroom 7 |

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ORDER DENYING DEFENDANTS' REQUEST
TO SEAL PORTIONS OF EXHIBITS FILED ISO DEF.S' OPP. TO
PL.'S MOTIONS IN LIMINE

CASE NO. 2:14-CV-00160-MCE-AC

Given the Court's Order vacating all pretrial dates and denying without prejudice the motions in limine in this case due to the Court's impacted trial schedule (ECF No. 176), Defendants' Request to File Under Seal Portions of Exhibits filed in support of Defendants' Opposition to Plaintiff's Motions in Limine (ECF No. 175), is hereby DENIED without prejudice. When/if Defendants renew this request, they are advised that the Court cannot seal portions of documents and that they shall instead seek sealing of documents in their entirety.

IT IS SO ORDERED.

Dated: January 16, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE