**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
L. Timothy Fisher (State Bar No. 191626)
Thomas A. Reyda (State Bar No. 312632)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  scott@bursor.com
         ltfisher@bursor.com
         treyda@bursor.com

*Class Counsel*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESENIA MELGAR, on Behalf of Herself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZICAM LLC and MATRIXX INITIATIVES, INC.<br>Defendants. | Case No. 2:14-cv-00160-MCE-AC<br><br>Hon. Morrison C. England, Jr.<br><br>**ORDER DENYING PLAINTIFF'S REQUEST TO SEAL DOCUMENTS** |

**ORDER**

Given the Court's Order vacating all pretrial dates and denying without prejudice the motions in limine in this case due to the Court's impacted trial schedule (ECF No. 176), Plaintiff's' Request to Seal Documents (ECF No. 172), is hereby DENIED without prejudice. When/if Plaintiff renews this request, she is advised that the Court cannot seal portions of documents and that she shall instead seek sealing of documents in their entirety.

IT IS SO ORDERED.

Dated: January 16, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE