1  ALAN J. LAZARUS (SBN 129767)
   Alan.Lazarus@dbr.com
2  **DRINKER BIDDLE & REATH LLP**
   50 Fremont Street, 20th Floor
3  San Francisco, California 94105-2235
   Telephone: 415-591-7500
4  Facsimile: 415-591-7510

5  WILLIAM A. HANSSEN (SBN 110613)
   William.Hanssen@dbr.com
6  **DRINKER BIDDLE & REATH LLP**
   1800 Century Park East, Suite 1500
7  Los Angeles, California 90067-1517
   Telephone: 310-203-4000
8  Facsimile: 310-229-1285

9  Attorneys for Defendants
   ZICAM LLC and MATRIXX INITIATIVES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESENIA MELGAR, on Behalf of Herself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZICAM LLC and MATRIXX INITIATIVES, INC.,<br><br>Defendants. | Case No. 2:14-cv-00160-MCE-AC<br><br>**ORDER DENYING DEFENDANTS' REQUEST TO SEAL PORTIONS OF MOTIONS IN LIMINE AND TRIAL BRIEF, AND EXHIBITS FILED IN SUPPORT THEREOF** |

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ORDER DENYING DEFENDANTS' REQUEST
TO SEAL CERTAIN DOCUMENTS

CASE NO. 2:14-CV-00160-MCE-AC

90781788.1

Given the Court's Order vacating all pretrial dates and denying without prejudice the motions in limine in this case due to the Court's impacted trial schedule (ECF No. 176), Defendants' Request to File Under Seal Certain Motions in Limine, Trial Brief and Supporting Exhibits (ECF No. 156), is hereby DENIED without prejudice. When/if Defendants renew this request, they are advised that the Court cannot seal portions of documents and that they shall instead seek sealing of documents in their entirety.

IT IS SO ORDERED.

Dated: January 16, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST
TO SEAL CERTAIN DOCUMENTS - 2 - CASE NO. 2:14-CV-00160-MCE-AC

90781788.1