| | |
|---|---|
| 1 | **BURSOR & FISHER, P.A.** |
| | Scott A. Bursor (State Bar No. 276006) |
| 2 | L. Timothy Fisher (State Bar No. 191626) |
| | Thomas A. Reyda (State Bar No. 312632) |
| 3 | 1990 North California Blvd., Suite 940 |
| | Walnut Creek, CA 94596 |
| 4 | Telephone: (925) 300-4455 |
| | Facsimile: (925) 407-2700 |
| 5 | E-Mail: scott@bursor.com |
| | ltfisher@bursor.com |
| 6 | treyda@bursor.com |

*Class Counsel*

**KIRKLAND & ELLIS LLP**
Robyn E. Bladow (State Bar No. 205189)
Ashley Neglia (State Bar No. 298924)
333 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
E-mail: robyn.bladow@kirkland.com
ashely.neglia@kirkland.com

*Counsel for Defendants*
Zicam, LLC and Matrix Initiatives, Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESENIA MELGAR, on Behalf of Herself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZICAM LLC and MATRIXX INITIATIVES, INC.<br>Defendants. | Case No. 2:14-cv-00160-MCE-AC<br><br>Hon. Morrison C. England, Jr.<br><br>**JOINT STIPULATION TO FILE SECOND AMENDED CLASS ACTION COMPLAINT AND ORDER** |

WHEREAS, Plaintiff Yesenia Melgar ("Plaintiff") filed this action against Defendants Zicam LLC and Matrixx Initiatives, Inc. ("Defendants");

WHEREAS, on February 15 and 16, 2018, the parties attended a two-day mediation with renowned mediator Kenneth Feinberg in New York where the parties executed a Class Action Settlement Term Sheet;

WHEREAS, on May 2, 2018, the parties reached agreement on a formal Stipulation of Settlement;

WHEREAS, Plaintiff filed a motion for preliminary approval of the settlement on May 3, 2018.

WHEREAS, the proposed settlement class includes purchasers of Defendants' Soft Chews and Medicated Fruit Drops in addition to purchasers of the products identified in the First Amended Complaint (ECF No. 10), paragraph 1;

WHEREAS, Defendants' Soft Chews and Medicated Fruit Drops contain the same or similar active ingredients as the products identified in the First Amended Complaint (ECF No. 10), paragraph 1, and contain representations regarding cold relief;

WHEREAS, the Court's May 29, 2014, Scheduling Order (ECF No. 15) provides that no amendments to the pleadings are permitted without leave of court, good cause having been shown;

WHEREAS, Article 5.1 of the Stipulation of Settlement requires the filing of a Second Amended Complaint to include purchasers of Defendants' Soft Chews and Medicated Fruit Drops in the Settlement Class;

WHEREAS, Plaintiff's proposed Second Amended Complaint is attached hereto as Exhibit A.

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the parties through their respective attorneys of record that, subject to Court approval, Plaintiff may file a Second Amended Complaint.

IT IS HEREBY FURTHER STIPULATED that Defendants' deadline to respond to the Second Amended Complaint shall be stayed. In the event that the parties' settlement is ultimately rejected, either by this Court or on appeal, Defendants shall file their response to the Second

1 | Amended Complaint within thirty (30) days of such order.

2 |    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: May 9, 2018     **BURSOR & FISHER, P.A.**

By: /s/ *Scott A. Bursor*
   Scott A. Bursor

Scott A. Bursor (State Bar No. 276006)
L. Timothy Fisher (State Bar No. 191626)
Thomas A. Reyda (State Bar No. 312632)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: scott@bursor.com
   ltfisher@bursor.com
   treyda@bursor.com

*Class Counsel*

Dated: May 9, 2018     **KIRKLAND & ELLIS LLP**

By: /s/ *Robyn Bladow*
   Robyn Bladow

Robyn Bladow (SBN 205189)
Ashley Neglia (SBN 298924)
333 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
Email: robyn.bladow@kirkland.com
   ashley.neglia@kirkland.com

*Attorneys for Defendants*
Zicam LLC and Matrix Initiatives, Inc.

# ORDER

Pursuant to the Parties' stipulation, and good cause appearing, the Court hereby grants Plaintiff leave to file a Second Amended Class Action Complaint. Plaintiff shall file her Second Amended Complaint within seven (7) days of the date this Order is electronically filed. Defendants' deadline to respond to the Second Amended Complaint shall be stayed. In the event that the parties' settlement is ultimately rejected, either by this Court or on appeal, Defendants shall file their response to the Second Amended Complaint within thirty (30) days of such order.

IT IS SO ORDERED.

Dated: May 15, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE