**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
L. Timothy Fisher (State Bar No. 191626)
Thomas A. Reyda (State Bar No. 312632)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  scott@bursor.com
          ltfisher@bursor.com
          treyda@bursor.com

*Counsel for Plaintiff*

**KIRKLAND & ELLIS LLP**
Robyn E. Bladow (State Bar No. 205189)
Ashley Neglia (State Bar No. 298924)
333 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
E-mail:   robyn.bladow@kirkland.com
          ashely.neglia@kirkland.com

*Counsel for Defendants*
Zicam, LLC and Matrix Initiatives, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESENIA MELGAR, on Behalf of Herself and all Others Similarly Situated, | Case No.  2:14-cv-00160-MCE-AC |
| Plaintiff, | **STIPULATION AND ORDER RE SCHEDULING OF THE FINAL APPROVAL HEARING** |
| v. | |
| ZICAM LLC and MATRIXX INITIATIVES, INC. | Honorable Morrison C. England, Jr. |
| Defendants. | |

1    WHEREAS, Plaintiff Yesenia Melgar ("Plaintiff") filed this action against Defendants Zicam

2    LLC and Matrixx Initiatives, Inc. ("Defendants");

3    WHEREAS, on May 2, 2018, the parties reached agreement on a formal Stipulation of

4    Settlement ("Settlement");

5    WHEREAS, Plaintiff filed a motion for preliminary approval of the Settlement on May 3,

6    2018;

7    WHEREAS, on June 5, 2018, the Court granted preliminary approval of the Settlement

8    ("Order");

9    WHEREAS, the Order scheduled the Final Approval Hearing for 2:00 p.m., on Thursday

10   December 13, 2018, in Courtroom 7 on the 14th floor, of the Robert T. Matsui United States

11   Courthouse, 501 I Street, Sacramento, CA 95814;

12   WHEREAS, Class Counsel has a potential conflict on December 13, 2018;

13   WHEREAS, the parties conferred and are both available on either November 15, 2018, or

14   November 29, 2018;

15   WHEREAS, a change to the Final Approval Hearing date raises no notice concerns because

16   the Class has not yet received notice of a Final Approval Hearing date;

17   NOW, THEREFORE, the parties agree, subject to the Court's approval, to the following

18   schedule:

19       1. The Final Approval Hearing, formerly scheduled for December 13, 2018, at 2:00 p.m.

20          in Courtroom 7, shall now take place at the same time and place on either November

21          15, 2018, or November 29, 2018.

22       2. If the Court is unavailable on either November 15, 2018, or November 29, 2018, the

23          Final Approval Hearing date shall remain unchanged.

24   IT IS SO STIPULATED.

1    Dated: June 13, 2018          Respectfully submitted,

2                                         **BURSOR & FISHER, P.A.**

3                                         By: *  /s/ L. Timothy Fisher  *
4                                                L. Timothy Fisher

5                                         Scott A. Bursor (State Bar No. 276006)
                                         L. Timothy Fisher (State Bar No. 191626)
6                                         Thomas A. Reyda (State Bar No. 312632)
                                         1990 North California Blvd., Suite 940
7                                          Walnut Creek, CA 94596
                                         Telephone: (925) 300-4455
8                                          Facsimile: (925) 407-2700
                                         E-Mail:  scott@bursor.com
9                                                      ltfisher@bursor.com
                                                     treyda@bursor.com

10                                         *Class Counsel*

11    Dated: June 13, 2018          **KIRKLAND & ELLIS LLP**

12

13                                         By: *  /s/ Robyn Bladow  *
                                            Robyn Bladow

14                                          Robyn Bladow (SBN 205189)
                                         Ashley Neglia (SBN 298924)
15                                          333 South Hope Street
                                         Los Angeles, CA 90071
16                                          Telephone: (213) 680-8400
17                                          Facsimile: (213) 680-8500
                                         Email: robyn.bladow@kirkland.com
18                                                ashley.neglia@kirkland.com

19

20                                         *Attorneys for Defendants*
                                        Zicam LLC and Matrix Initiatives, Inc.

21

22

23

24

25

26

27

28

STIPULATION AND ORDER RE SCHEDULING OF THE FINAL APPROVAL HEARING       2
CASE NO.  2:14-CV-00160-MCE-AC

**ORDER**

WHEREAS, the parties have stipulated to an alternative Final Approval Hearing date;

WHEREAS, a change to the Final Approval Hearing date raise no notice concerns because the Class has not yet received notice of a Final Approval Hearing date;

NOW, THEREFORE, good cause appearing, the Court orders the following

1.    The Final Approval Hearing shall now take place at 2:00 p.m., on Thursday November 15, 2018, in Courtroom 7 on the 14th floor, of the Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, CA 95814.

IT IS SO ORDERED.

Dated:  June 14, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE