PATRICK S. SWEENEY, PRO SE OBJECTOR
2672 Mutchler Road
Madison, WI 53711
Telephone: (424)-488-4383
patrickshanesweeney@gmail.com

## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA

YESENIA MELGAR, on Behalf of
Herself and all Others Similarly
Situated,

Case No. 2:14-cv-00160-MCE-AC

    Plaintiff,

v.

ZICAM LLC and MATRIXX INITIATIVES, INC.,

    Defendants.

## NOTICE OF APPEAL



FILED

DEC 11 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

Notice is hereby given that Patrick S. Sweeney, Pro Se ("Objector/Appellant") appeals to the United States Court of Appeals for the Ninth Circuit from the Final Approval Order and Final entered in this action on November 20, 2018. Objector/Appellant also hereby appeals from any order or judgment approving the Class Settlement, class counsel's attorneys' fees or expenses and/or incentive awards to class representatives. This shall also serve as notice of appeal of any order or judgment naming or identifying this Objector/Appellant or the objection filed by this Objector/Appellant entered or signed subsequent to this Notice of Appeal, including any order striking the Objector/Appellant's objection.

Dated: December 6, 2018

Respectfully Submitted,

*Patrick Sweeney Pro Se*

Patrick S. Sweeney, Pro Se
2672 Mutchler Road
Madison, WI 53711
Telephone: (424)-488-4383

patrickshanesweeney@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2018 I caused to be filed this Notice of Appeal by mailing this Notice of Appeal via U.S. First Class Mail to the Clerk of Courts of the United States District Court for the Eastern District of California. When the Clerk files this Notice of Appeal in the CM/ECF system it will effectuate service of this filing on all CM/ECF registered attorneys in this case. In addition, counsel in this case have been served via electronic mail.

_Patrick J. Sweeney, Pro Se_
Patrick S. Sweeney, Pro Se