## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

### OFFICE OF THE CLERK
### 501 "I" Street
### Sacramento, CA 95814

**YESENIA MELGAR,**
    Plaintiff

  v.                    **CASE NO. 2:14−CV−00160−MCE−AC**

**ZICAM LLC, ET AL.,**
    Defendant

    You are hereby notified that a Notice of Appeal was filed on **December 11, 2018** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

December 12, 2018

                          **MARIANNE MATHERLY**
                          **CLERK OF COURT**

                **by:** /s/ L. Mena−Sanchez
                        Deputy Clerk