UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

TO:       CLERK, U.S. COURT OF APPEALS

FROM:     CLERK, U.S. DISTRICT COURT

SUBJECT:  NEW APPEALS DOCKETING INFORMATION

CASE INFORMATION

| | |
|---|---|
| USDC Number: | **2:14−CV−00160−MCE−AC** |
| USDC Judge: | **CHIEF JUDGE MORRISON C. ENGLAND JR.** |
| USCA Number: | **NEW APPEAL** |
| Complete Case Title: | **YESENIA MELGAR vs. ZICAM LLC** |
| Type: | **CIVIL** |
| Complaint Filed: | 1/21/2014 |
| Appealed Order/Judgment Filed: | 11/20/2018 |
| Court Reporter Information: | **Kelly O'Halloran** |

FEE INFORMATION

**Fee Status: Not Paid − Billed**

Information prepared by: /s/  **L. Mena−Sanchez , Deputy Clerk**