UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**BILL FOR FEES DUE**

**To:** Patrick S. Sweeney

**RE:** YESENIA MELGAR vs. ZICAM LLC

   **USDC:**   2:14–CV–00160–MCE–AC

A Notice of Appeal has been filed in the above–referenced case without the appropriate fee paid. You are hereby notified that the filing fee of $505.00 is due immediately.

MARIANNE MATHERLY
CLERK OF COURT

By: /s/ **L. Mena–Sanchez**
Deputy Clerk