**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
L. Timothy Fisher (State Bar No. 191626)
Thomas A. Reyda (State Bar No. 312632)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  scott@bursor.com
         ltfisher@bursor.com
         treyda@bursor.com

*Class Counsel*

**KIRKLAND & ELLIS LLP**
Robyn E. Bladow (State Bar No. 205189)
Ashley Neglia (State Bar No. 298924)
333 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
E-mail:  robyn.bladow@kirkland.com
         ashely.neglia@kirkland.com

*Counsel for Defendants*
Zicam, LLC and Matrix Initiatives, Inc.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YESENIA MELGAR, on Behalf of Herself and all Others Similarly Situated,<br><br>      Plaintiff,<br><br>  v.<br><br>ZICAM LLC and MATRIXX INITIATIVES, INC.<br>      Defendants. | Case No. 2:14-cv-00160-MCE-AC<br><br>Hon. Morrison C. England, Jr.<br><br>**JOINT STIPULATION FOR APPROVAL OF QUALIFIED SETTLEMENT FUND AND ORDER** |

<blockquote>
WHEREAS, Plaintiff Yesenia Melgar ("Plaintiff") filed this action against Defendants Zicam LLC and Matrixx Initiatives, Inc. ("Defendants") on January 22, 2014;

WHEREAS, on November 20, 2018, the Court granted final approval of the settlement in this case and entered judgment; and

WHEREAS, the court-appointed claims administrator RG/2 Claims Administration has requested that the parties seek the Court's permission for the creation of a Qualified Settlement Fund as described in Treasury Regulation §1.468B-1, 26 C.F.R. §1.468B-1 for the distribution of class payments, the awards of attorneys' fees and costs and the incentive award to Plaintiff in accordance with the terms of the Stipulation of Settlement.

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the parties through their respective attorneys of record that, subject to the Court's approval, RG/2 Claims Administration may create a Qualified Settlement Fund as described in Treasury Regulation §1.468B-1, 26 C.F.R. §1.468B-1 for the distribution of class payments, the awards of attorneys' fees and costs and the incentive award to Plaintiff in accordance with the terms of the Stipulation of Settlement.

IT IS SO STIPULATED.
</blockquote>

Dated: December 18, 2018     **BURSOR & FISHER, P.A.**

By: /s/ *Scott A. Bursor*
      Scott A. Bursor

Scott A. Bursor (State Bar No. 276006)
L. Timothy Fisher (State Bar No. 191626)
Thomas A. Reyda (State Bar No. 312632)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:   scott@bursor.com
              ltfisher@bursor.com
              treyda@bursor.com

*Class Counsel*

Dated: December 18, 2018     **KIRKLAND & ELLIS LLP**

By: /s/ *Robyn Bladow*
      Robyn Bladow

Robyn Bladow (SBN 205189)
Ashley Neglia (SBN 298924)
333 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
Email: robyn.bladow@kirkland.com
      ashley.neglia@kirkland.com

*Attorneys for Defendants*
Zicam LLC and Matrix Initiatives, Inc.

# ORDER

Pursuant to the parties' stipulation, and good cause appearing, the Court hereby orders that RG/2 Claims Administration may create a Qualified Settlement Fund as described in Treasury Regulation §1.468B-1, 26 C.F.R. §1.468B-1 for the distribution of class payments, the awards of attorneys' fees and costs and the incentive award to Plaintiff in accordance with the terms of the Stipulation of Settlement.

IT IS SO ORDERED.

Dated: December 30, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE