**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  scott@bursor.com
         ltfisher@bursor.com

*Class Counsel*

**KIRKLAND & ELLIS LLP**
Robyn E. Bladow (State Bar No. 205189)
Ashley Neglia (State Bar No. 298924)
333 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
E-mail:  robyn.bladow@kirkland.com
         ashely.neglia@kirkland.com

*Counsel for Defendants*
Zicam, LLC and Matrix Initiatives, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESENIA MELGAR, on Behalf of Herself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZICAM LLC and MATRIXX INITIATIVES, INC.<br>                           Defendants. | Case No.  2:14-cv-00160-MCE-AC<br><br>Hon. Morrison C. England, Jr.<br><br>**STIPULATION AND ORDER FOR APPROVAL OF CY PRES DISTRIBUTION OF UNCLAIMED SETTLEMENT FUNDS** |

WHEREAS, Plaintiff Yesenia Melgar ("Plaintiff") filed this action against Defendants Zicam LLC and Matrixx Initiatives, Inc. ("Defendants") on January 22, 2014;

WHEREAS, on November 20, 2018, the Court granted final approval of the settlement in this case and entered judgment;

WHEREAS, the court-appointed claims administrator RG/2 Claims Administration LLC ("RG/2") has completed the distribution to 112,249 class members who submitted claims (*see* Chiango Decl. ¶ 2);

WHEREAS, RG/2 has reported that there is $404,949.04 remaining in the Settlement Fund due to uncashed checks that expired on April 22, 2020 (*see* Chiango Decl. ¶¶ 2-3);

WHEREAS, RG/2 has determined that re-distribution of these funds to class members is not feasible since redistributing this remaining amount to class members who already cashed their distribution checks would result in a payment to each claimant of less than $5.00, so the unclaimed funds should instead be awarded to a *cy pres* recipient (*see* Chiango Decl. ¶ 4);

WHEREAS, Plaintiff and Defendants have met and conferred and agreed, subject to the Court's approval, to donate the remaining settlement funds to health charities Americares (https://www.americares.org/) and Direct Relief (https://www.directrelief.org/) as both are prominently involved in providing COVID-19 relief; and

WHEREAS, Plaintiff, Defendants and their counsel have no connection to Americares and Direct Relief.

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the parties through their respective attorneys of record that, subject to the Court's approval, RG/2 shall distribute the remaining $404,949.02 from the Settlement Fund to Americares and Direct Relief in the amount of $202,474.51 each.

IT IS SO STIPULATED.

Dated: August 12, 2020        **BURSOR & FISHER, P.A.**

By:  /s/ *L. Timothy Fisher*
      L. Timothy Fisher

Scott A. Bursor (State Bar No. 276006)
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:   scott@bursor.com
          ltfisher@bursor.com

*Class Counsel*

Dated: August 12, 2020          **KIRKLAND & ELLIS LLP**

By: /s/ *Robyn Bladow*
         Robyn Bladow

Robyn Bladow (SBN 205189)
Ashley Neglia (SBN 298924)
333 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
Email: robyn.bladow@kirkland.com
       ashley.neglia@kirkland.com

*Attorneys for Defendants*
Zicam LLC and Matrix Initiatives, Inc.

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing, the Court hereby orders that RG/2 Claims Administration, LLC shall distribute the remaining $404,949.04 from the Settlement Fund to Americares and Direct Relief in the amount of $202,474.51 each.

IT IS SO ORDERED.

Dated: August 17, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE